# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY, *et al.*<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>RESEARCHGATE GMBH,<br><br>　　　　Defendant. | Case No. |

## DISCLOSURE OF CORPORATE INTEREST

　　　　Pursuant to Local Rule 103.3 of the Local Rules for the District of Maryland and Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs American Chemical Society, Elsevier Inc., Elsevier Ltd., and Elsevier B.V. certify as follows:

　　　　1.　　American Chemical Society is not an affiliate or parent of any corporation, unincorporated association, partnership or other business entity, not a party to the case, that has a financial interest in the outcome of this litigation as defined in District of Maryland Local Rule 103.3.

　　　　2.　　Elsevier Inc., Elsevier Ltd. and Elsevier B.V. are each owned by RELX plc (through subsidiaries not publicly held).  RELX plc is a publicly held company that own 10% or more of the stock in the entities that own Elsevier Inc., Elsevier Ltd. and Elsevier B.V.

DATED:  October 2, 2018                                  Respectfully submitted,

                                        By:   */s/ Scott Zebrak*
                                              Scott A. Zebrak (Bar Number 17741)
                                              Corey Miller
                                              OPPENHEIM + ZEBRAK, LLP
                                              5225 Wisconsin Avenue NW, Suite 503
                                              Washington, DC 20015
                                              Tel: (202) 480-2999
                                              Fax: (866) 766-1678
                                              scott@oandzlaw.com
                                              corey@oandzlaw.com

                                              *Attorneys for Plaintiffs*