# ATTACHMENT A

### Joseph C. Gratz's Motion for Admission Pro Hac Vice

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| U.S. Court | Date of Admission |
|---|---|
| U.S. District Court, Northern District of California | 12/15/2006 |
| U.S. District Court, Southern District of California | 1/4/2007 |
| U.S. District Court, Central District of California | 7/10/2007 |
| U.S. District Court, Eastern District of California | 6/18/2013 |
| U.S. District Court, District of Colorado | 10/9/2012 |
| U.S. District Court, Eastern District of Texas | 12/2/2010 |
| U.S. Supreme Court | 7/23/2012 |
| U.S. Court of Appeals 2nd Circuit | 2/28/2007 |
| U.S. Court of Appeals 4th Circuit | 10/24/2014 |
| U.S. Court of Appeals 7th Circuit | 12/2/2011 |
| U.S. Court of Appeals 9th Circuit | 1/12/2006 |
| U.S. Court of Appeals 10th Circuit | 02/19/2014 |
| U.S. Court of Appeals 11th Circuit | 10/07/2015 |
| U.S. Court of Appeals District of Columbia Circuit | 09/15/2015 |
| U.S. Court of Appeals, Federal Circuit | 06/17/2016 |