# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY ET AL.,<br><br>            Plaintiffs,<br><br>    v.<br><br>RESEARCHGATE GMBH,<br><br>            Defendant. | Case No. 8:18-cv-03019-GJH |

**DEFENDANT RESEARCHGATE GMBH'S MOTION FOR NOTICE
UNDER 17 U.S.C. § 501(B)**

Pursuant to 17 U.S.C. § 501(B), Defendant ResearchGate GmbH respectfully moves this Court for an order to require Plaintiffs "to serve written notice of the action with a copy of the complaint upon" each co-author of each journal article at issue in this lawsuit who is not a corresponding author, in a form to be approved by the Court. The grounds for this motion are set forth in Defendant's Opening Brief submitted herewith.

Respectfully submitted,

Dated: February 13, 2019

By:      /s/ Toyja E. Kelley
Toyja E. Kelley (Bar No. 26949)
SAUL EWING ARNSTEIN & LEHR LLP
500 E. Pratt Street, Suite 900
Baltimore, MD 21202-3133
410-332-8600
410-332-8862 (facsimile)
Toyja.kelley@saul.com

Mark A. Lemley (*Pro Hac Vice* pending)
Joseph C. Gratz (*Pro Hac Vice* pending)
Allyson R. Bennett (*Pro Hac Vice* pending*)*
Aaron J. Benmark (*Pro Hac Vice* pending)
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA  94111
415-362-6666
415-236-6300 (facsimile)
mlemley@durietangri.com
jgratz@durietangri.com
abennett@durietangri.com
abenmark@durietangri.com

*Attorneys for Defendant*
*RESEARCHGATE GMBH*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 13th day of February, 2019, a copy of the foregoing Defendant ResearchGate GmbH's Motion for Notice Under 17 U.S.C. § 501(B) was electronically filed and served on all counsel and parties of record via the Court's CM/ECF system.

                                                         /s/ Toyja E. Kelley
                                                         Toyja E. Kelley