**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> RESEARCHGATE GMBH, <br><br> Defendant. | Case No. 8:18-cv-03019-GJH |

**DECLARATION OF JAY MONAHAN IN SUPPORT OF DEFENDANT
RESEARCHGATE GMBH'S MOTION FOR NOTICE UNDER 17 U.S.C. § 501(B)**

I, Jay Monahan, declare as follows:

1. I am general counsel of ResearchGate GmbH. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to such facts under oath.

2. ResearchGate was founded in 2008 by two physicians and a computer scientist. Today, it has more than 15 million members worldwide. Members can use ResearchGate to collaborate with other scientists, ask each other questions, and share and discuss their research, among other things.

3. Authors who choose to may upload many different types of work to ResearchGate publication pages. For example, authors may upload published articles, conference papers, pre-publication versions of articles, data sets and research results. The vast majority of publication pages on ResearchGate do not contain any full text of any content.

4. Additionally, authors who choose to upload their work to ResearchGate do not have to make that work public. Authors may choose to share their work with another individual privately, may choose to upload it only for reviewing by themselves or their co-authors, or may upload it to be shared publicly.

5. ResearchGate's website advises users of the importance of copyright. Attached hereto as **Exhibit 1** is a true and correct printout of the copyright section of ResearchGate's website, which is available at https://explore.researchgate.net/display/support/Copyright.

6. Before a user can upload any content to be shared publicly, ResearchGate requires them to check a box stating "I have reviewed and verified each file I am uploading. I have the right to share each file publicly, and agree to the Upload Conditions."

7. ResearchGate has a notice and takedown procedure for responding to notices of

1

claimed copyright infringement submitted by copyright owners, as required under Section 512(c) of the DMCA.  When a copyright owner sends ResearchGate a DMCA-compliant notice of infringement, ResearchGate responds expeditiously to remove or disable access to the material claimed to be infringing.  ResearchGate also has a policy regarding users who are "repeat infringers" as that term is used in the DMCA.  That policy provides that, in appropriate circumstances, the member's uploading rights are disabled or their membership is terminated. Attached as **Exhibit 2** is a true and correct copy of ResearchGate's Intellectual Property Policy, which explains to users and copyright owners ResearchGate's process for responding to complaints regarding content posted on ResearchGate and which is available at https://www.researchgate.net/ip-policy.

8. Elsevier has requested removal of a large number of articles uploaded by those articles' authors.  ResearchGate has removed or disabled access to those articles as requested.  In an abundance of caution, ResearchGate has also limited the uploading rights and/or locked the accounts (i.e., prevented the users from logging in to ResearchGate) of numerous users who have been the subject of repeated removal requests from Elsevier.

9. ResearchGate has received a number of messages from users objecting to the removal of (or disabling of access to) their content from ResearchGate's website in response to DMCA notices sent to ResearchGate by copyright owners.

10. Attached as **Exhibit 3** is a true and correct copy of a sample publishing agreement for subscription articles posted on Elsevier's website, which is available at https://www.elsevier.com/__data/assets/pdf_file/0004/727600/JPA_V22_2017_Clean-copy.pdf

11. Attached as **Exhibit 4** is a true and correct copy of the Author Guidelines for the Journal of the American Chemical Society, one of many academic journals that ACS publishes,

which is available at https://pubs.acs.org/paragonplus/submission/jacsat/jacsat_authguide.pdf.

12. Attached as **Exhibit 5** is a true and correct copy of a sample PDF Journal Publishing Agreement for all ACS journals except for the Journal of Chemical Education and the Journal of Natural Products. The form is posted on ACS's website, and available at http://pubs.acs.org/paragonplus/copyright/jpa_form_a.pdf.

13. After this case was filed, ResearchGate conducted an investigation into the number of articles listed in Exhibit A to Plaintiffs' Complaint that were likely uploaded to ResearchGate publication pages by authors *other than* the corresponding author. ResearchGate does not know for certain which author is the corresponding author. It can make educated guesses, however, about who the corresponding author is based on information from Plaintiffs' websites. Specifically, ACS's website often designates corresponding authors with an asterisk accompanied by text such as "Email" or "To whom correspondence should be addressed." Elsevier's website often designates corresponding authors with a combination of a person icon and an email icon. Further, when an author's name is clicked, "Corresponding author" often appears in a sidebar for the corresponding author. Using this information, ResearchGate compared who it believes was likely the corresponding author of a particular article with the author who uploaded what is most likely to be the allegedly infringing file to ResearchGate's corresponding publication page. It found that almost 60% of the articles were uploaded by an author other than the person that ResearchGate believes is likely to be the corresponding author.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 12th day of February 2019, in ___Berlin, Germany___.

_____
Jay Monahan

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 13th day of February, 2019, a copy of the foregoing Declaration of Jay Monahan in Support of Defendant ResearchGate GmbH's Motion for Notice Under 17 U.S.C. § 501(B) was electronically filed and served on all counsel and parties of record via the Court's CM/ECF system.

/s/ Toyja E. Kelley
Toyja E. Kelley
