EXHIBIT 4

 

Last Updated December 13, 2018

Scope of the Journal
Manuscript Types
ACS Publishing Center
Manuscript Preparation
    Review Ready Submission
    Document Templates and Format
    Acceptable Software, File Designations, and TeX/LaTeX
    Cover Letter
    Manuscript Text Components
    Supporting Information
    Data Requirements
    Language and Editing Services
    Preparing Graphics
    Figure and Illustration Services
Preparing for Submission
    Prior Publication Policy
    Editorial Policies
    Providing Potential Reviewer Names
    Manuscript Transfer
Production and Publication
    Proofs via ACS Direct Correct
    Publication Date and Patent Dates
    JAMs
    ASAP Publication
    Post-Publication Policies
    Sharing Your Published Article


Appendix 1: Preparing for Submission
Ethical Guidelines | Safety Considerations | Conflict of Interest Disclosures | Plagiarism | Author List and Coauthor Notification | ORCID | Copyright and Permissions | Funder Reporting Requirement | Open Access Compliance


Appendix 2: Preparing Graphics
Resolution | Size | Color | Types of Graphics | TOC/Abstract Graphic | Figures | Charts | Tables | Schemes | Chemical Structures | Cover Art | WEO

## SCOPE OF THE JOURNAL

The *Journal of the American Chemical Society* is published weekly and is devoted to the publication of fundamental research papers in all fields of chemistry. Articles, Communications, Perspectives, and Spotlights are published. "Notes" and "Comments" on earlier work are not considered or published. More information can be found at https://pubs.acs.org/page/jacsat/about.html.

## MANUSCRIPT TYPES

**Articles** most appropriate for publication in *JACS* are those that deal with some phase of "pure" chemistry as distinguished from "applied" chemistry, yet not all manuscripts that describe well-executed work can be accepted. Articles of high scientific quality, originality, significance, and conceptual novelty that are of interest to the wide and diverse contemporary readership of *JACS* will be given priority for publication. Articles on methodology should include one or more applications of widespread interest and, unless significant new advances are announced, will be declined with the recommendation for Manuscript Transfer to specialized journals. Papers that draw conclusions from the treatment of existing data must also include significant new data and make new experimental or theoretical predictions of broad interest. Articles which mainly expand findings that were previously published as Communications in *JACS* or elsewhere and which only incorporate experimental data, without greatly expanded scope and without providing new insights or conceptual breakthroughs, will be declined. Articles that are mainly routine extensions of previously published related work will also be declined with the recommendation for Manuscript Transfer to specialized journals.

Use of the template for Articles is strongly encouraged but is not required. If an author chooses not to use a template to prepare an Article, only Times and Symbol fonts and 1.5 or double line spacing should be used. Other fonts may cause problems when the PDF files used for review are created. Also, if the template is not used, the document mode or its equivalent in the word-processing program should be used; i.e., files should not be saved in "Text Only" (ASCII) mode. If a non-Western version of word-processing software is used to prepare the manuscript, the file should be saved in rich-text format (RTF).

**Communications** are restricted to reports of unusual urgency, timeliness, significance, and broad interest. A brief statement explaining how the manuscript meets the criteria of urgency and significance should be included in the author's cover letter. It is desirable that the principal conclusions be stated in the opening sentences of the manuscript. Communications must conform to the length guidelines described in the 'Preparation of Manuscripts' section. The submission of multiple Communications on the same or closely related topics within a short period of time is not an acceptable means of publishing a body of work that is too large for a single Communication. Such work should be described in the format of an Article. The major concepts must not have appeared previously as a report or publication. If

a previous Communication by the same author(s) has already appeared and the present manuscript describes a technical improvement or increase in the scope of the work, it will not be accepted in the absence of a novel conceptual advance.

A Communication must convey the scientific findings concisely in abstract, main text, and graphical elements as determined by word count not exceeding 2200 words, including titles/footnotes/captions of approximately five graphics (typically 2 inches long in a single column). References are **not** included in word count to allow article titles to be included at submission. All graphics and tables must be placed near the point of first mention in the text of the manuscript (not grouped at the end of the document) and must be sized according to current guidance. Long notes are not permitted in the References section; information not directly germane to the Communication can be included as Supporting Information.

The current Communications template remains available for submission and will facilitate the review process; however, word count is the defining limit for a *JACS* Communication. Authors need not fit the manuscript to four strict pages by the template measure. To calculate word count within the word processing application, select all text from abstract through end of main text (excluding title, authors, affiliations, and content after main text) and view the word processor's word count data. Communications exceeding the word count limit must be shortened before acceptance.

**Perspectives** are personal reviews of a field or area, and they are focused rather than comprehensive. Perspective authors are asked to assess the current status of the field with an emphasis toward identifying key advances being made or those advances that are needed, and with an eye to the future. The *JACS* Perspective should touch base with the current literature, including key contributors and references, but will primarily serve to inspire and help direct future research efforts. Authors may be invited by the Editor to submit Perspectives. Authors interested in submitting a Perspective are strongly encouraged to contact the Editor prior to manuscript preparation and submission, to seek conditional approval of the proposed topic. One-page proposals should be sent to the Editor, Peter J. Stang (jacs@jacs.acs.org), for consideration. Perspectives should be in the range of 5-10 formatted Journal pages.

## ACS PUBLISHING CENTER
While this document will provide basic information on how to prepare and submit the manuscript as well as other critical information about publishing, we also encourage authors to visit the ACS Publishing Center for additional information on everything that is needed to prepare (and review) manuscripts for ACS journals, such as
- Mastering the Art of Scientific Publication which shares editor tips about a variety of topics including making your paper scientifically effective, preparing excellent graphics, and writing cover letters.
- Resources on how to prepare and submit a manuscript to ACS Paragon Plus, ACS Publications' manuscript submission and peer review environment.
- Sharing your research with the public through ACS Publications open access program

# MANUSCRIPT PREPARATION

## Review Ready Submission

All ACS journals have simplified their formatting requirements in favor of a streamlined and standardized review-ready format for an initial manuscript submission. Read more about the requirements and the benefits these serves authors and reviewers here. Manuscripts submitted for initial consideration must adhere to these standards:

- Submissions must be complete with clearly identified standard sections used to report original research, free of annotations or highlights, and include all numbered and labeled components.
- Figures, charts, tables, schemes, and equations should be embedded in the text at the point of relevance. Separate graphics can be supplied later at revision, if necessary.
- A two-column manuscript template is available and can be used for manuscripts submitted to any ACS journal. Templates are not required but may be useful to approximate how an article will compose. For manuscripts with word count limits, authors are not required to fit content into a page limit based on the template.
- References can be provided in any style, but they must be complete, including titles.
- Supporting Information should be submitted as a separate file(s).
- Author names and affiliations on the manuscript must match what is entered into ACS.

## Document Templates and Format

The templates facilitate the peer review process by allowing authors to place artwork and tables close to the point where they are discussed within the text.  Learn more about document templates here..

General information on the preparation of manuscripts may also be found in The ACS Style Guide.

## Acceptable Software, File Designations, and TeX/LaTeX

See the list of Acceptable Software and appropriate File Designations to be sure your file types are compatible with ACS Paragon Plus. Information for manuscripts generated from TeX/LaTeX is also available.

## Cover Letter

A cover letter must accompany every manuscript submission. During the submission process, you may type it or paste it into the submission system, or you may attach it as a file.

The letter must provide the corresponding author's name, postal and e-mail addresses, and telephone and fax numbers. All Editorial correspondence concerning receipt, status, review, revision, and publication of a manuscript will be sent only to one person who has been designated as the corresponding author during the evaluation period. The corresponding author is responsible for communicating the manuscript status to all coauthors of the paper and for obtaining the coauthors' assent to any substantial changes of content or interpretation made during revision. The cover letter may suggest the name of an appropriate *JACS* Associate Editor. However, manuscript assignment to an Associate Editor is ultimately at the discretion of the Editor. Authors must suggest a minimum of six to eight persons competent to review their manuscript. The selection of appropriate reviewers is the prerogative of the Associate Editor handling the manuscript.

The cover letter should provide explicit assurance that the manuscript is not under consideration for publication and has not been published elsewhere. Please note any use of a preprint server in the cover letter and include a link to the preprint, and as appropriate, state how the manuscript has been adjusted/updated between deposition and submission.

## Manuscript Text Components

**Title.** The title should accurately, clearly, and concisely reflect the emphasis and content of the paper. Series or part numbers may not be used, nor may the words "Novel" or "First" appear in the title. Acronyms and abbreviations are not permitted in manuscript titles, unless they are broadly familiar to readers in all disciplines of chemistry.

**Author List.** Include as coauthors all those who have made substantial contributions to the work. Use first names, initials, and surnames (e.g., John R. Smith). Do not use only initials with surnames (e.g., J. R. Smith), because this causes indexing and retrieval difficulties and interferes with unique identification of an author. Deceased persons who meet the criteria for inclusion as coauthors should be so included, with an Author Information note indicating the date of death. Do not include professional or official titles or academic degrees. At least one, or optionally more than one author must be designated with an asterisk as the author(s) to whom reader correspondence regarding the published manuscript may be addressed.

The full names and e-mail addresses of all coauthors must be provided on the Authors & Institutes page upon submission of the manuscript in the ACS Paragon Plus Environment.

Addition or deletion of an author or authors after submission of the manuscript requires justification from the corresponding author and is subject to approval by the Editor.

**Institution Address.** The author affiliation(s) listed should be the institution(s) where the work was conducted. If the present address of an author differs from that at which the work was done, that address should be given in an Author Information note.

Many Funders and Institutions require that institutional affiliations are identified for all authors listed in the work being submitted. ACS facilitates this requirement by collecting institution information during manuscript submission under Step 2: Authors and Affiliations in ACS Paragon Plus.

**Abstract.** All manuscripts (Communications and Articles) must contain an abstract, which should summarize the reason for the work, the most significant results, and the conclusions. The abstract should not exceed about 250 words. Pasting the abstract in the text box on the Web submission page does not replace the need for including an abstract in the manuscript document.

**Text (Articles).** The first paragraphs of an Article should explain the motivation for and import of the work, where it fits in the development of the field and of chemistry, and perhaps why it should be of

interest to chemists in other areas. It should be possible to do this without excessively increasing the length of the Article. Extensive reviews of the literature cannot be accepted. Thoughtful use of schemes and figures (with well-composed captions) is recommended, so that even casual browsers can discern the nature of the work. Well-known procedures should be designated by name, or literature references to them should be given. Experimental results are of lasting value and should be clearly and logically presented in a separate section. Standard Article format must be used for preparing a manuscript for submission as an Article, including section headings and a proper Introduction, a complete Experimental Section (unless placed in the Supporting Information), Results, and Discussion. The addition of a Conclusion section at the end of the paper, which briefly summarizes the principal conclusions of the work, is recommended. If desired for clarification, section headings may be given Arabic numbers and subsections numbered in decimals (e.g., subsection 2.1 and subsection 2.2).

**Text (Communications).** Section headings (Introduction, Experimental Section, Conclusion, etc.) should not be used in a Communication.

**Safety.** Authors must emphasize any unexpected, new, and/or significant hazards or risks associated with the reported work. This information should be in the Experimental Section of the full article or the main text of a Communication.

**Disclaimers.** Disclaimers are not allowed in *JACS* manuscripts or in the Supporting Information.

**Appendices.** Appendix sections must be placed in the Supporting Information.

**Dedications.** All dedications must appear in the Acknowledgment section and are subject to approval by the Editor.

**Abbreviations.** Acronyms and abbreviations that are not broadly familiar to readers in all disciplines of chemistry should be introduced in parentheses following the full term on its first appearance in the text. Do not include a separate Abbreviations list.

**Acknowledgment.** Dedications and notes acknowledging financial or professional assistance to the conduct of research or indicating presentation at a meeting should be brief and placed in the Acknowledgment section.

**Author Information Notes.** The e-mail address(es) of the corresponding author or authors must be provided as a Corresponding Author note. Present addresses for individual authors that differ from the address(es) at which the work was done should be given in a Present Addresses note.

Simple equal authorship statements are allowed and may be presented in an Author Contribution note.  However, itemization of individual author contributions or partial authorship is not permitted in any part of the manuscript or Supporting Information.

**Associated Content.** If the manuscript is accompanied by one or more Supporting Information files for publication, a brief description of each file is required. The descriptions should be placed at the end of the manuscript, before the list of references.  ACS will add a sentence directing interested readers to the Supporting Information on the ACS Publications website via the paper's DOI.

**References and Footnotes.** *All the references and footnotes must be placed together in a list at the end of the manuscript text.* In the Web edition, many of them will have links to other Web resources, such as the corresponding abstracts in *Chemical Abstracts* and the full text on publisher Web sites. Because of this electronic linking, and to aid scientific research, *it is crucial that authors verify the accuracy of all reference citations and footnotes.*

Unnecessarily long lists of references should be avoided, and excessive self-citation is not permitted. However, authors must reference all previous publications in which portions of the present work have appeared. Literature references and short explanatory footnotes must be numbered with Arabic numerals in the order of their first citation in the text and the corresponding numbers placed at the appropriate locations in the text as superscripted numerals.

Long footnotes should be avoided in Articles and are not permitted in Communications; additional data and peripheral discussion should be placed in the Supporting Information rather than in footnotes. Supplementary references may be placed in Supporting Information.

Bibliographic references to classified documents and reports or references to unpublished materials that are not generally available to the scientific public should not be used. Authors must obtain written permission from any person whose work is cited as a personal communication, unpublished work, or work in press. Copies of letters of permission and documentation should be appended to the cover letter file. If the manuscript is accepted but the necessary permissions have not been received, the Editor will ask the author to remove the reference(s) and dependent text.

Authors should consult *The ACS Style Guide*, 3rd ed.; American Chemical Society: Washington, DC, 2006, for the appropriate style to use in citations of journal papers, books, and other publications. In literature references, article titles **must** be included and journal abbreviations should be those used in the *Chemical Abstracts Service Source Index (CASSI)*.

## Supporting Information

This information is provided to the reviewers during the peer-review process (for Review Only) and is available to readers of the published work (for Publication). Supporting Information must be submitted at the same time as the manuscript. See the list of Acceptable Software by File Designation and confirm that your Supporting Information is viewable.

If the manuscript is accompanied by any supporting information files for publication, these files will be made available free of charge to readers. A brief description of each file is required, and the paragraph and descriptions should be placed at the end of the manuscript before the list of references. The appropriate format is as follows:

**Supporting Information.** Brief descriptions in nonsentence format listing the contents of the files supplied as Supporting Information.

When including supporting information for review only, include copies of references that are unpublished or in-press. These files are available only to editors and reviewers.

## Data Requirements

**Characterization of New Substances.** Adequate evidence to firmly establish both identity and purity should be provided. Recommended criteria vary according to substance categories. A summary of the detailed criteria may be found on the Web in the *JACS* Information for Authors.

**Spectra.** Reproductions of spectra, or the relevant segments thereof, will be published only if concise numerical summaries are inadequate for the purposes of the paper. Papers dealing primarily with interpretation of spectra and those in which band shape or fine structure needs to be illustrated may be published with such spectra included. Spectra will not be published merely as adjuncts to the characterization of compounds, however. See 'Supporting Information' below. Routine infrared, electronic, NMR, and mass spectra of new compounds should be numerically summarized, as appropriate, in the Experimental Section of an Article or in the Supporting Information of a Communication.

**Kinetic and Equilibrium Data.** For publication in the *Journal of the American Chemical Society*, the reporting of kinetic data and equilibrium binding data for proteins, nucleic acids, and other species should preferably include a description of the identity of the catalyst or binding molecule, its origin, purity of composition, and any modifications such as mutations, post-translational modifications, or other modifications made to facilitate expression and purification. The method of assay and the exact experimental conditions of the assay should be provided as a reference to previous work, with or without modifications, or fully described if a new assay. Conditions essential to reproduce the results such as the temperature, pH, and pressure (if other than atmospheric) of the assay should be included. Terms such as "not detectable" (ND) should be avoided. Instead, an estimate of the limit of detection based on the sensitivity and error analysis of the assay should be provided. Authors are referred to the STRENDA (Standards for Reporting Enzymology Data) Commission of the Beilstein Institut (http://www.beilstein-institut.de/en/projects/strenda/guidelines) for an example of detailed guidelines.

**Reporting and Stewardship of NMR Data.** New guidelines recommend a standard baseline for the submission of NMR data to ACS journals. They are intended to promote accuracy and consistency. The guidelines are divided into three sections: NMR text, which outlines the preferred format for NMR data included in the Experimental Section; NMR spectra, which outlines the preferred format for inclusion of hard copies of spectra in the Supporting Information; and primary NMR data files, which outlines the procedure for submitting FID files, acquisition data, and processing parameters to include in the Supporting Information. Authors are strongly encouraged to provide all three sets of data for all new and/or key compounds described in a manuscript submission.

In the Experimental Section, the compound must be clearly identified, for example in a header at the beginning of the synthetic procedure or the summary of spectroscopic data. List the nucleus being measured, any nucleus being broad-band decoupled, the solvent used (formula preferred, e.g. $C_6D_6$ over benzene-$d_6$), the standard used, and the field strength. Field strength should be noted for each spectrum, not as a comment in the general Experimental Section. The standard(s) may be specified in the general Experimental Section; as an example, $^1H$ NMR data recorded in $C_6D_6$ listed as "residual internal $C_6D_5H$ (δ 7.15)". Indicate solvent or peak suppression protocols used in collecting data. List the probe temperature when it is accurately known; ambient probe temperature is otherwise understood. Give $^1H$ NMR chemical shifts to two digits after the decimal point. Include the number of protons represented by the signal, peak multiplicity, and coupling constants as needed (*J* italicized, reported with up to one digit after the decimal). The number of bonds through which the coupling is operative, $^xJ$, may be specified by the author if known with a high degree of certainty. Accepted abbreviations for multiplicities and descriptors are s = singlet, d = doublet, t = triplet, q = quartet, quint = quintet, m = multiplet (denotes complex pattern), dd = doublet of doublets, dt = doublet of triplets, td = triplet of doublets, and br = broad signal.

Chemical shifts should be listed consistently in a single article, starting either from downfield to upfield or vice-versa. Assign peak identities under the following circumstances: non-decoupled or equivalent spectra have been collected ($^{13}C$, $^{31}P$, etc.); 2-D experiments have been performed; or unambiguous assignment is possible without additional experiments, such as in the case of an organometallic metal-hydride $^1H$ signal, $PF_6$ vs $MPPh_3$ $^{31}P$ signal, etc. Give $^{13}C$ chemical shifts to one digit after the decimal point, unless an additional digit will help distinguish overlapping peaks. Include peak multiplicities for $^1H$-coupled $^{13}C$ NMR spectra or for signals in $^1H$-decoupled spectra that are coupled to other magnetically active nuclei. A $^{13}C$ NMR signal will be considered a singlet if the multiplicity is not assigned. Only rarely is a true multiplet observed in a $^{13}C\{^1H\}$ NMR spectrum. However, a certain region may contain a group of unresolved peaks or signals. Mention of unobserved resonances is encouraged.

Submission of spectra (.doc, .docx, .txt, .pdf, .tif) is strongly recommended for all new and/or key compounds, following these guidelines:

- A caption should be included on the spectrum, noting the nucleus being measured, the solvent (formula preferred, e.g. $C_6D_6$ over benzene-$d_6$) and the field strength.

- A representation of the compound should be included on the spectrum—please use ChemDraw or a related program. The compound identifier used in the manuscript should be included.
- The largest peak in the $^1$H NMR spectrum should normally arise from the compound, not the solvent.
- All peaks in the $^1$H NMR spectrum should be integrated. Chemical shift values should be included.
- The solvent peak should be clearly labeled on the spectrum.
- All peaks should be visible on the spectrum. Insets are encouraged to show expanded regions. At minimum, the spectral window should be −1 ppm to 9 ppm for $^1$H NMR and −10 ppm to 180 ppm for $^{13}$C NMR.
- Font should be clear and large enough to read (minimum of 10 point). Horizontal orientation is preferred for spectra.

Submission of primary NMR data files (FID files, acquisition data, processing parameters) is encouraged for all new and/or key compounds. When submitting these files, please consider the following guidelines:

- One folder should be created for each compound. The folder should be named clearly, using the compound name (if available) and compound identifier, as referenced in the Experimental Section or Supporting Information. Include the FID files, acquisition data, and processing parameters for each experiment.
- Name each spectrum according to the type of nucleus measured. $^1$H, $^{13}$C, DEPT, COSY, etc. NMR files should be compressed into zip files—please use multiple zip files if necessary. Files must be submitted in their native format.  In a text document, include the name of the manufacturer of the spectrometer used to collect the data, the acquisition software and processing programs used to analyze the data, and the field strength used to measure each nucleus (i.e. 300 MHz $^1$H or 50 MHz $^{13}$C). Include a structure file that shows the structure and compound identifier for each provided dataset. MolFile is the recommended format and is strongly preferred.

**Nuclear Magnetic Resonance Pulse Sequences.** For manuscripts that present new NMR pulse sequences, authors are requested to supply as "Supporting Information for Publication" a file that includes the original working pulse sequence information required to record data. This will typically include the pulse sequence code, parameter set, and other associated files, such as tables of gradient or pulse shapes.

**Structural and Chemical Shift Data for Proteins and Nucleic Acids.** Any set of atomic coordinates referred to in the manuscript, including atomic coordinates and structure factors for proteins determined by X-ray crystallography and coordinates determined by NMR, should be deposited with the Protein Data Bank, Research Collaboratory for Structural Bioinformatics at Rutgers University whenever appropriate. (Theoretical model depositions are no longer accepted for inclusion in the PDB archive.) If the coordinate files are not deposited in the PDB, or if the PDB files are on hold until publication, then the coordinate files must be included in the Supporting Information submitted concurrently with the manuscript. Requirements are similar for structures of nucleic acids, which should

be deposited with the Nucleic Acid Database. A manuscript that does not provide coordinates at the time of submission will not be sent out for review. It is the responsibility of the author to obtain a file name (PDB ID or NDB ID) for the molecule; the file name must appear in the published manuscript. If a file name has not yet been obtained upon acceptance of a paper, it must be added in proof. Atomic coordinates and structure factors for all structures mentioned must be available immediately upon publication of the paper, either directly in the Supporting Information or as a data bank deposition. Similar requirements also apply to any chemical shifts referred to in the paper, whether they are only for assignment of resonances or used for any form of structure calculation. Those chemical shifts must be available to the reviewer at time of submission, either as an available entry in the Biological Magnetic Resonance Data Bank or included directly as Supporting Information.

**Single Crystal Diffraction Data.** Manuscripts reporting the determination of one or more structures by X-ray diffraction must adhere to the following requirements:

*Abstract.* The abstract may summarize geometric features of unusual interest but should not contain unit cell parameters.

*Main Body of Manuscript.* Tables of essential interatomic distances and angles are *not required* but may be submitted (metric information for standard structural components should not be included).

For structures with anisotropically refined atoms, a figure displaying the thermal ellipsoids should ordinarily be presented; a spherical-atom representation may be substituted if necessary for clarity. If a spherical atom view is chosen for the manuscript, a thermal ellipsoid figure should be included in the Supporting Information. In cases where intermolecular interactions are relevant to the discussion, a view of the unit cell may be included.

An Article should list for each structure the formula, formula weight, crystal system, space group, color of crystal, unit cell parameters, temperature of data collection, and values of *Z*, *R*, and GOF; a brief description of data collection and solution and refinement of the structure should be placed in the Experimental Section. Tables of atom coordinates and thermal parameters will not be printed.

*Supporting Information.* Complete detailed data for each structure must be submitted in the electronic Crystallographic Information File (CIF) format. Deposition of CIF files in the Cambridge Crystallographic Data Centre (CCDC) does not eliminate the *JACS* requirement to submit the CIF file(s) as Supporting Information.

Authors are requested to combine multiple CIFs for a given manuscript into a single file. The individual structures in the combined file are to be separated from each other by the sequence #===END at the beginning of a new line. *JACS* requires authors to run the CheckCIF program for each crystallographic

structure and to correct any syntax errors in the CIF file prior to submission. Authors should consult the *JACS* Information for Authors for CIF Submission Instructions **during manuscript preparation.**

Structure factors (except for proteins and nucleic acids) should not be submitted as Supporting Information. However, one printed table of structure factors should be retained in case it is requested by the Editor for review purposes only.

**Powder Diffraction Data.** The presentation of X-ray powder diffraction data for new materials or for materials previously uncharacterized by this technique is encouraged. Data from X-ray powder measurements should be accompanied by details of the experimental technique: source of X-rays, the radiation, its wavelength, filters or monochromators, camera diameter, the type of X-ray recording, and the technique for measuring intensities. In cases of unindexed listing of the data, the *d* spacings of all observed lines should be listed in sequence, together with their relative intensities. In cases where filtered radiation is used, every effort should be made to identify residual $\beta$ lines. Where resolution into $\alpha_1$-$\alpha_2$ doublets occurs, the identification of the *d* spacing for each line as $d\alpha_1$, $d\alpha_2$ gives a measure of the quality of the diffraction pattern. When an indexing of the data is offered, the observed and calculated $1/d^2$ values should be listed along with the observed relative intensities (it is superfluous to give *d* spacings in this instance). All calculated $1/d^2$ values should be listed (exclusive of systematic absences), to the limit of the data quoted. If possible, the crystal system should be specified. Possible space groups may also be listed if the data warrant it. Relevant information about the specimen used should be included.

**Magnetic Measurements.** Fits of magnetic data [$\chi(T)$, $\chi^{-1}(T)$, $\chi T(T)$, $\mu(T)$, $M(H)$, etc.] to an analytical expression must include both the Hamiltonian from which the analytical expression is derived and the final analytical expression and fitting parameters. When the value of an exchange coupling constant, *J*, is given in the abstract, the form of the Hamiltonian must also be included. The expressions may be included in the manuscript or, if long and complex, as Supporting Information; if the latter method is used, it should be noted in the Supporting Information paragraph at the end of the manuscript. In addition, how the sample was measured (in a gelatin capsule, Teflon capsule, etc.) and the diamagnetic correction for the sample holder, as well as the diamagnetic correction for the material, must be provided and the manner in which it was calculated (Pascal's constants) or measured must be stated.

**Computations.** When computational results are an essential part of a manuscript, sufficient detail must be given, either within the paper or in the Supporting Information, to enable readers to reproduce the calculations. This includes data such as force field parameters and equations defining the model (or references to where such material is available in the open literature). If the software used for calculations is generally available, it must be properly cited in the References and Footnotes. References to the methods upon which the software is based must also be provided. Results obtained from methods or parameters that are not adequately described in the manuscript or in the literature are not acceptable for publication. Authors who report the results of electronic structure calculations are requested to provide as Supporting Information the geometries (either as Cartesian coordinates or *Z*

matrices) of all the stationary points whose relative energies are given in the manuscript. The absolute energies in hartrees that are computed at these geometries should not be given in the manuscript but should be included in the Supporting Information. Where applicable, the number of imaginary frequencies should be reported to identify stable structures and transition states.

## Language and Editing Services

A well-written paper helps share your results most clearly. ACS Publications' English Editing Service is designed to help scientists communicate their research effectively. Our subject-matter expert editors will edit your manuscript for grammar, spelling, and other language errors so your ideas are presented at their best.

## Preparing Graphics

The quality of illustrations in ACS journals depends on the quality of the original files provided by the authors. Figures are not modified or enhanced by journal production staff. All graphics must be prepared and submitted in digital format.

Graphics should be inserted into the main body whenever possible. Please see Appendix 2 for additional information.

Any graphic (figure chart, scheme, or equation) that has appeared in an earlier publication should include a credit line citing the original source. Authors are responsible for obtaining written permission to re-use this material.

## Figure and Illustration Services

The impact of your research is not limited to what you can express with words. Tables and figures such as graphs, photographs, illustrations, diagrams, and other visuals can play a significant role in effectively communicating your findings. Our Figures service generates publication-ready figures that conform to your chosen journal's specifications. This includes changes to file type, resolution, color space, font, scale, line weights, and layout (to improve readability and professional appearance).

## PREPARING FOR SUBMISSION

Manuscripts, graphics, supporting information, and required forms, as well as manuscript revisions, must all be submitted in digital format through ACS Paragon Plus, which requires an ACS ID to log in. Registering for an ACS ID is fast, free, and does not require an ACS membership. Please refer to Appendix 1 for additional information on preparing your submission.

## Prior Publication Policy

Submission of a manuscript to *JACS* is contingent upon the agreement by all the authors that the reported work has not received prior publication and that no portion of this or any other closely related work is under consideration for publication.

*Journal of the American Chemical Society* authors may deposit an initial draft of their manuscript in a preprint service such as ChemRxiv, bioRxiv, arXiv, or the applicable repository for their discipline before

the manuscript is accepted for publication in *JACS*. Authors may revise the preprint version of their manuscript up until a final acceptance decision has been issued. Please note any use of a preprint server in the cover letter and include a link to the preprint, and as appropriate, state how the manuscript has been adjusted/updated between deposition and submission. All other prior/redundant publication is forbidden. Upon publication in *JACS*, authors should add a link from the preprint to the published article via the Digital Object Identifier (DOI). Some preprint servers, including ChemRxiv and bioRxiv, add this link for authors automatically after publication. For further details, contact the Editorial Office. For the ACS Publications policy on theses and dissertations, click here.

## Editorial Policies

Manuscripts submitted to *JACS* should be written in a style that addresses a wider audience than for papers prepared for more specialized journals. Authors should present their materials with the utmost conciseness and clarity. Articles that exceed the norm of 8-10 Journal pages, and Communications that exceed 2200 words, often contain a level of detail that is not appropriate for a broad audience. Manuscripts exceeding this length may be returned to the authors for shortening prior to review.

**Initial Editorial Review**. *JACS* is devoted to the publication of original, fundamental research of unusual urgency and significance in all fields of chemistry that appeals to a broad, general audience. Competition for publication within *JACS* is intense, and the journal is simply unable to publish all the sound work received. When a manuscript is submitted to *JACS*, Editors must make an initial editorial judgment regarding its suitability for the journal's multidisciplinary readership. Editorial triage (as described in a 2017 Editorial) is a necessary step in our review process, not only to save time for our authors as well as reviewers but also to ensure not only high quality but most importantly broad appeal to the diverse contemporary readership of *JACS*. Our current process entails an initial scrutiny by at least two *JACS* Editors before a manuscript is declined.

Submissions that, in the judgment of the Editors, are outside the journal's scope or are not sufficiently novel may be recommended for Manuscript Transfer or returned without sending them on for further processing. This procedure helps ensure that the many worthwhile manuscripts containing specialized work may be submitted elsewhere without undue delay.

**Back-to-Back Publication.** Manuscripts intended for back-to-back publication will be considered. These manuscripts will be judged independently on their individual merit to ensure that they meet the qualifications outlined herein and that back-to-back presentation actually enhances the pedagogy and impact of the work.

**Computational Manuscripts.** For computational manuscripts to be suitable for publication in *JACS*, in addition to meeting the general requirements specified above for all Articles, it is required that (a) the level of theory and methodology employed must be adequate for the problem at hand, and (b) the manuscript must provide significant chemical insights or have substantial predictive value.

**Presubmission Inquiries.** Inquiries regarding the suitability of an abstract or manuscript for *JACS* will not be considered prior to submission of the complete manuscript file through the ACS Paragon Plus Environment.

**Incomplete Manuscripts.** Manuscripts that are incomplete at the time of submission must be revised to include the missing items or corrected files before peer review. The official date of receipt of the manuscript will be recorded as the date that the revised manuscript is received in the Editor's office in the complete and proper format.

**Related Work by Author.** All related work under consideration for publication in any medium must be cited in the manuscript, and the Editor must be informed at the time of submission. When related work by any of the authors is not available because it is in press (accepted), submitted, or in preparation for submission to *JACS* or another journal, a copy of each related paper should be uploaded as "Supporting Information for Review Only" at the time of submission. If a cited reference has already appeared on the Web, indicate that it is published electronically ("Just Accepted" or "ASAP" for ACS journals) and give the DOI number for convenient access. The full journal citation should be completed during manuscript revision or page proof correction, if possible.

**Peer Review.** The Editors generally seek the advice of experts about manuscripts; however, manuscripts considered by the Editors to be inappropriate for *JACS* may be declined without review. The recommendations of reviewers are advisory to the Editors, who accept full responsibility for decisions about manuscripts. Final responsibility for acceptance or declination rests with the Editor.

Authors are urged to suggest in the cover letter a minimum of six to eight persons competent to review the manuscript. Authors may also request that specific people not be used as referees, and they may include reasons for such a request. These suggestions will be advisory to the editors and are not a condition for submission. Reviewer identities are confidential, and the names of reviewers will not be revealed to an author.

Reviewers are asked to evaluate manuscripts on the scientific value of the work, the level of interest to the broad and diverse readership, the appropriateness of the literature citations, and the clarity and conciseness of the writing.

**Revised Manuscripts.** When a revision is requested after peer review, the authors must return the revised manuscript promptly:  14 days is allotted for minor revisions of both Articles and Communications, 30 days for major revisions of Articles, and 21 days for major revisions of Communications.  After the allotted time, a revised manuscript will be handled as a new submission and will be given a new receipt date.

**Resubmission to *JACS*.** The resubmission of manuscripts previously considered and declined for publication in *JACS* is strongly discouraged and will only be considered under extraordinary circumstances.

**Well-reasoned appeals of decisions may be considered, but must first be directed to the Associate Editor who handled the original submission and not to the Editor.**

**If a paper has been declined by *JACS* and the author wishes to submit a revised version, the author is required to first gain consent from the Associate Editor who handled the initial submission**. If the Associate Editor's consent to resubmit is received (which does not guarantee ultimate acceptance), the cover letter must explicitly state that permission was obtained from the Associate Editor and must describe the changes that have been made in the manuscript and include justification for reconsideration. The manuscript will be assigned to the same Associate Editor who handled the initial submission. The request for reconsideration may be denied without further review if, in the Editor's opinion, no adequate new science was provided or the work is more suitable for publication in a specialized journal.

**Self-Citations.** The use of excessive self-citations is not permitted.

**Nomenclature.** Registered trademark names should be capitalized whenever used. Trade and trivial names should not be capitalized. It is not necessary to use the trademark, registered trademark, or service mark symbol to ensure legal protection for the trademark.

## Providing Potential Reviewer Names

Please suggest a minimum of six to eight reviewers. Authors are encouraged to avoid suggesting reviewers from the authors' institutions. Do not suggest reviewers who may have a real or perceived conflict of interest. Whenever possible, suggest academic email addresses rather than personal email addresses.

## Manuscript Transfer

If your submission is declined for publication by this journal, the editors might deem your work to be better suited for another ACS Publications journal and suggest that the authors consider transferring the submission. Manuscript Transfer simplifies and shortens the process of submitting to another ACS journal, as all the coauthors, suggested reviewers, manuscript files, and responses to submission questions are copied by ACS Paragon Plus to the new draft submission. Authors are free to accept or decline the transfer offer.

Note that each journal is editorially independent. Transferring a manuscript is not a guarantee that the manuscript will be accepted, as the final publication decision will belong to the editor of the next journal.

# PRODUCTION AND PUBLICATION

## Proofs via ACS Direct Correct

Correction of the galley proofs is the responsibility of the Corresponding Author. The Corresponding Author of an accepted manuscript will receive e-mail notification and complete instructions when page proofs are available for review via ACS Direct Correct. Extensive or important changes on page proofs, including changes to the title or list of authors, are subject to review by the editor.

It is the responsibility of the Corresponding Author to ensure that all authors listed on the manuscript agree with the changes made on the proofs. Galley proofs should be returned within 48 hours in order to ensure timely publication of the manuscript.

## Publication Date and Patent Dates

Accepted manuscripts will be published on the ACS Publications Web site as JAMs (see below) or as soon as page proofs are corrected and all author concerns are resolved. The first date on which the document is published on the Web is considered the publication date.

Publication of manuscripts on the Web may occur weeks in advance of the cover date of the issue of publication. Authors should take this into account when planning their patent and intellectual property activities related to a document and should ensure that all patent information is available at the time of first publication, whether Just Accepted, ASAP, or issue publication.

All articles published ahead of print receive a unique Digital Object Identifier (DOI) number, which is used to cite the manuscript before and after the paper appears in an issue. Additionally, any supplemental information submitted along with the manuscript will automatically be assigned a DOI and hosted on Figshare to promote open data discoverability and use of your research outputs.

## Just Accepted Manuscripts (JAMs)

Just Accepted manuscripts (JAMs) are peer-reviewed, accepted manuscripts that are posted on the ACS Publications Web site prior to technical editing, formatting for publication, and author proofing—usually within 30 minutes to 24 hours of acceptance by the editorial office. During the manuscript submission process, Authors can choose to have their manuscript posted online as JAMs. If an author chooses to have a manuscript published online as a JAM, it is considered published when this version appears on the Web.

## ASAP Publication

Manuscripts will be published on the "Articles ASAP" page on the Web as soon as page proofs are corrected and all author concerns are resolved. ASAP publication usually occurs within a few working days of receipt of page proof corrections, which can be several weeks in advance of the cover date of the issue.

## Post-Publication Policies

The American Chemical Society follows guidance from the Committee on Publication Ethics (COPE) when considering any ethical concerns regarding a published article, Retractions, and Expressions of Concern.

## Additions and Corrections

Additions and Corrections may be requested by the author(s) or initiated by the Editor to address important issues or correct errors and omissions of consequence that arise after publication of an article. All Additions and Corrections are subject to approval by the Editor, and should bring new and directly relevant information and corrections that fix scientific facts. Minor corrections and additions will not be published. Readers who detect errors of consequence in the work of others should contact the corresponding author of that work.

Additions and Corrections must be submitted as new manuscripts via ACS Paragon Plus by the Corresponding Author for publication in the "Addition/Correction" section of the Journal. The corresponding author should obtain approval from all coauthors prior to submitting or provide evidence that such approval has been solicited. The manuscript should include the original article title and author list, citation including DOI, and details of the correction.

## Retractions

Articles may be retracted for scientific or ethical reasons and may be requested by the article author(s) or by the journal Editor(s), but are ultimately published at the discretion of the Editor. Articles that contain seriously flawed or erroneous data such that their findings and conclusions cannot be relied upon may be retracted in order to correct the scientific record. When an article is retracted, a notice of Retraction will be published containing information about the reason for the Retraction. The originally published article will remain online except in extraordinary circumstances (e.g. where deemed legally necessary, or if the availability of the published content poses public health risks).

## Expressions of Concern

Expressions of Concern may be issued at the discretion of the Editor if:

- there is inconclusive evidence of research or publication misconduct by the authors;
- there is evidence that the findings are unreliable but the authors' institution will not investigate the case;
- an investigation into alleged misconduct related to the publication either has not been, or would not be, fair and impartial or conclusive;
- an investigation is underway but a judgment will not be available for a considerable time.
- Upon completion of any related investigation, and when a final determination is made about the outcome of the article, the Expression of Concern may be replaced with a Retraction notice or Correction.

# Sharing Your Published Article

At ACS Publications, we know it is important for you to be able to share your peer reviewed, published work with colleagues in the global community of scientists. As sharing on sites known as scholarly collaboration networks (SCNs) is becoming increasingly prevalent in today's scholarly research ecosystem, we would like to remind you of the many ways in which you, a valued ACS author, can share your published work.

Publishing open access makes it easy to share your work with friends, colleagues, and family members. In addition, ACS Publications makes it easy to share your newly published research with ACS Articles on Request (see below). Don't forget to promote your research and related data on social media, at conferences, and through scholarly communication networks. Increase the impact of your research using the following resources: Altmetrics, Figshare, ACS Certified Deposit.

## E-Prints

When your article is published in an ACS journal, corresponding authors are provided with a link that offers up to 50 free digital prints of the final published work. This link is valid for the first 12 months following online publication, and can be shared via email or an author's website. After one year, the access restrictions to your article will be lifted, and you can share the Articles on Request URL on social media and other channels. To access all your Articles on Request links, log in to your ACS Publishing Center account and visit the "My Published Manuscripts" page.

## Reprints

Article, Journal, and Commercial reprints are available to order.

# Appendix 1: PREPARING FOR SUBMISSION

We've developed ACS' publishing and editorial policies in consultation with the research communities that we serve, including authors and librarians. Browse our policies below to learn more.

## Ethical Guidelines

ACS editors have provided Ethical Guidelines for persons engaged in the publication of chemical research—specifically, for editors, authors, and reviewers. Each journal also has a specific policy on prior publication.

## Safety Considerations

Authors must emphasize any unexpected, new, and/or significant hazards or risks associated with the reported work. This information should be in the Experimental Section of the full article and included in the main text of a letter.

## Conflict of Interest Disclosure

A statement describing any financial conflicts of interest or lack thereof is published in each ACS journal article.

During the submission process, the Corresponding Author must provide a statement on behalf of all authors of the manuscript, describing all potential sources of bias, including affiliations, funding sources, and financial or management relationships, that may constitute conflicts of interest. If the manuscript is accepted, the statement will be published in the final article.

If the manuscript is accepted and no conflict of interest has been declared, the following statement will be published in the final article: "The authors declare no competing financial interest."

## Plagiarism

In publishing only original research, ACS is committed to deterring plagiarism, including self-plagiarism. ACS Publications uses CrossCheck's iThenticate software to screen submitted manuscripts for similarity to published material. Note that your manuscript may be screened during the submission process. Further information about plagiarism can be found in Part B of the Ethical Guidelines to Publication of Chemical Research. See also the Press Release regarding ACS' participation in the CrossCheck initiative.

## Author List and Coauthor Notification

Authors are required to obtain the consent of all their coauthors prior to submitting a manuscript. The submitting author accepts the responsibility of notifying all coauthors that the manuscript is being submitted.

If any change in authorship is necessary after a manuscript has been submitted, the Corresponding Author must e-mail a signed letter to the Editor-in-Chief confirming that all of the original coauthors have been notified and have agreed to the change. If the change involves the removal of a coauthor's name, the Corresponding Author must, in addition, arrange for the coauthor involved to e-mail a separate signed letter to the Editor-in-Chief consenting to the change. No changes in the author list will be permitted after a manuscript has been accepted.

During manuscript submission, the submitting author must provide contact information (full name, email address, institutional affiliation, and mailing address) for all of the coauthors. Because all of the author names are automatically imported into the electronic Journal Publishing Agreement, the names must be entered into ACS Paragon Plus in the same sequence as they appear on the first page of the manuscript. (Note that coauthors are not required to register in ACS Paragon Plus.)

## Patent Activities and Intellectual Property

Authors are responsible for ensuring that all patent activities and intellectual property issues are satisfactorily resolved prior to first publication (Just Accepted, ASAP, or in issue). Acceptance and publication will not be delayed for pending or unresolved issues of this nature.

## Open Researcher and Contributor ID (ORCID)

Authors submitting manuscript revisions are required to provide their own personal, validated ORCID iD before completing the submission, if an ORCID iD is not already associated with their ACS Paragon Plus user profiles. This ID may be provided during original manuscript submission or when submitting the manuscript revision. All authors are strongly encouraged to register for an ORCID iD, a unique researcher identifier. The ORCID iD will be displayed in the published article for any author on a manuscript who has a validated ORCID iD associated with ACS when the manuscript is accepted.

ORCID iDs should not be typed into the manuscript. ACS publishes only those ORCID iDs that have been properly verified and linked **before the manuscript is accepted**. After your ORCID iD is linked, it will be displayed automatically in all subsequently accepted manuscripts for any/all ACS journals. We do not publish ORCID iDs provided during proof review or via other communications after a manuscript is accepted for publication.

With an ORCID iD, you can create a profile of your research activities to distinguish yourself from other researchers with similar names, and make it easier for your colleagues to find your publications. If you do not yet have an ORCID iD, or you wish to associate your existing ORCID iD with your ACS Paragon Plus account, you may do so by clicking on "Edit Your Profile" from your ACS Paragon Plus account homepage and following the ORCID-related links. Learn more at http://www.orcid.org.

## Copyright and Permissions

To obtain forms and guidelines for copyright transfer, obtaining permissions from copyright owners, and to explore a Copyright Learning Module for chemists, click here.

## Funder Reporting Requirement

Authors are required to report funding sources and grant/award numbers. Enter **ALL** sources of funding for ALL authors in **BOTH** the Funder Registry Tool in ACS Paragon Plus and in your manuscript to meet this requirement.

## Open Access Compliance

ACS offers options by which authors can fulfill the requirements of manuscript deposit for research funded by the National Institutes of Health, the Wellcome Trust, and the Austrian Science Fund. ACS offers options by which authors can fulfill the requirements for open access and deposition into repositories for funded research. Read more about Open Access Compliance and ACS Open Access initiatives.

# Appendix 2: Preparing Graphics

## Resolution

Digital graphics pasted into manuscripts should have the following minimum resolutions:

- Black and white line art 1200 dpi
- Grayscale art 600 dpi
- Color art 300 dpi

## Size

Graphics must fit a one- or two-column format. Single-column graphics can be sized up to 240 points wide (3.33 in.) and double-column graphics must be sized between 300 and 504 points (4.167 in. and 7 in.). The maximum depth for all graphics is 660 points (9.167 in.) including the caption (allow 12 pts. For each line of caption text). Lettering should be no smaller than 4.5 points in the final published format. The text should be legible when the graphic is viewed full-size. Helvetica or Arial fonts work well for lettering. Lines should be no thinner than 0.5 point.

## Color

Color may be used to enhance the clarity of complex structures, figures, spectra, and schemes, etc., and color reproduction of graphics is provided at no cost to the author. Graphics intended to appear in black and white or grayscale should not be submitted in color.

## Type of Graphics

### Table of Contents (TOC)/Abstract Graphic

Consult the Guidelines for Table of Contents/Abstract Graphics for specifications.

### Figures

A caption giving the figure number and a brief description must be included below each figure. The caption should be understandable without reference to the text. It is preferable to place any key to symbols used in the artwork itself, not in the caption. Ensure that any symbols and abbreviations used in the text agree with those in the artwork.

### Charts

Charts (groups of structures that do not show reactions) may have a brief caption describing its contents

## Tables

Each table must have a brief (one phrase or sentence) title that describes the contents. The title should be understandable without reference to the text. Details should be put in footnotes, not in the title. Tables should be used when the data cannot be presented clearly in the narrative, when many numbers must be presented, or when more meaningful inter- relationships can be conveyed by the tabular format. Tables should supplement, not duplicate, information presented in the text and figures. Tables should be simple and concise.

## Schemes

Each scheme (sequences of reactions) may have a brief caption describing its contents.

## Chemical Structures

Chemical structures should be produced with the use of a drawing program such as ChemDraw.

## Cover Art

**Cover Art.** *JACS* will feature a different image on the cover of each issue, and images chosen for the cover will be printed at no cost to the author. After favorable review, authors are invited to submit artwork suitable for consideration as a cover graphic. Cover art should be colorful and eye-catching and must convey the importance and significance of the research. Graphics in EPS, TIFF, JPEG, or PNG format (not PDF) should be 7.4 inches wide and 8.1 inches high, with a minimum resolution of 300 dpi (2100 × 2400 pixels), and submission of "layered" artwork is encouraged. Cover art files, as well as a short (<50-word), clear caption explaining the image, may be uploaded to ACS Paragon Plus as "Supporting Information for Review Only" during the final revision process. Upon manuscript acceptance, request for cover art should be sent directly to the Editor, Peter J. Stang (jacs@jacs.acs.org), for consideration. Submitted images are evaluated and final selection is made by the Editor. These images may be modified or enhanced by an ACS graphic artist. Cover art may delay issue publication of the associated Article or Communication; however, ASAP publication will not be delayed.

<*JACS*> also offers authors to promote their work through Supplementary Covers. Submit your cover idea, artwork, and caption when submitting your manuscript revision in ACS Paragon Plus. If your article is accepted for publication, your suggestion may be selected for use on one of the journal's supplementary covers.

## Web Enhanced Objects (WEO)

The Web editions of ACS journals allow readers to view multimedia attachments such as animations and movies that complement understanding of the research being reported.

WEOs should be uploaded in ACS Paragon Plus with 'Web Enhanced Object' selected as the file designation. Consult the list of compatible WEO formats.