**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

AMERICAN CHEMICAL SOCIETY ET AL.,

|  |  |
|---|---|
| Plaintiffs, | Case No. 8:18-cv-03019-GJH |
| v. | |
| RESEARCHGATE GMBH, | |
| Defendant. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ENTRY OF APPEARANCE

Please enter the appearance of Jillian K. Walton of Saul Ewing Arnstein & Lehr, LLP as co-counsel for Defendant ResearchGate GmbH in the above-referenced matter.

Dated: February 14, 2019

Respectfully Submitted,

*/s/ Jillian K. Walton*
Jillian K. Walton (Fed. Bar # 20144)
Saul Ewing Arnstein and Lehr, LLP
500 East Pratt Street, 8th Floor
Baltimore, MD  21202
410-332-8908
Jillian.Walton@saul.com

*Counsel for Defendant ResearchGate GmbH*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on this 14th day of February, 2019, a copy of the foregoing

Entry of Appearance was electronically filed and served on all counsel and parties of record via

the Court's CM/ECF system.

*/s/ Jillian K. Walton*
Jillian K. Walton