# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> RESEARCHGATE GMBH, <br><br> Defendant. | Case No. 8:18-cv-03019-GJH |

**CONSENT MOTION TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR NOTICE UNDER 17 U.S.C. § 501(B)**

Plaintiffs American Chemical Society, Elsevier Inc., Elsevier Ltd., and Elsevier B.V., by and through their undersigned counsel and with the consent of Defendant ResearchGate GmbH ("Defendant"), hereby move for an Order extending the time for Plaintiffs to respond to Defendant's Motion for Notice Under 17 U.S.C. § 501(b) ("Motion") to March 11, 2019. In support thereof, Plaintiffs state as follows:

1. Defendant filed its Motion on February 13, 2019. [ECF No. 10.]

2. The time for Plaintiffs to respond to the Motion is February 27, 2019.

3. Due to a scheduling conflict, Plaintiffs require additional time to respond to the Motion.

4. Accordingly, Plaintiffs request an extension of the deadline to respond to the Motion from February 27, 2019 to March 11, 2019.

5. Defendant consents to the extension requested herein.

WHEREFORE, Plaintiffs American Chemical Society, Elsevier Inc., Elsevier Ltd., and Elsevier B.V. respectfully request an Order extending the time for Plaintiffs to respond to

1

Defendant ResearchGate Gmbh's Motion for Notice Under 17 U.S.C. § 501(B) from February 27, 2019 to March 11, 2019

Dated: February 25, 2019                    Respectfully Submitted,

                                                /s/ *Scott A. Zebrak*
                                          Scott A. Zebrak (Bar Number 17741)
                                          Corey Miller
                                          OPPENHEIM + ZEBRAK, LLP
                                          4530 Wisconsin Avenue NW, Fifth Floor
                                          Washington, DC 20016
                                          Tel: (202) 480-2999
                                          Fax: (866) 766-1678
                                          scott@oandzlaw.com
                                          corey@oandzlaw.com

                                          ***Counsel for Plaintiffs***

       SO ORDERED this __ day of _____, 2019

                                          GEORGE J. HAZEL
                                          UNITED STATES DISTRICT JUDGE