**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY ET AL., | |
| Plaintiffs, | Case No. 8:18-cv-03019-GJH |
| v. | |
| RESEARCHGATE GMBH, | |
| Defendant. | |

**JOINT PROPOSED DISCOVERY DEADLINES AND LIMITS**

Pursuant to the Court's request during today's Rule 16 conference, Plaintiffs American Chemical Society, Elsevier Inc., Elsevier Ltd., and Elsevier B.V. (collectively, "Plaintiffs"), and Defendant ResearchGate GmbH ("Defendant"), by and through their respective undersigned counsel, hereby submit the following joint proposed discovery deadlines and changes (or clarifications) to the discovery limits.

## I.   DEADLINES

| | |
|---|---|
| March 19, 2019 | Deadline for Initial Disclosures |
| September 30, 2019 | Deadline for Plaintiffs to file a revised Exhibit A (list of works in suit) to the Complaint |
| October 15, 2019 | Deadline for moving for joinder of additional parties and amendment of pleading |
| March 19, 2020 | Fact discovery deadline |
| May 1, 2020 | Rule 26(a)(2) expert disclosures |
| July 14, 2020 | Rebuttal Rule 26(a)(2) expert disclosures |
| August 4, 2020 | Rule 26(e)(2) supplementation of disclosures and responses |
| October 4, 2020 | Expert discovery deadline; submission of status report |

December 14, 2010          Deadline for the filing of dispositive motions; Daubert motions may also be filed at this time.

## II.      **DISCOVERY**

The Local Rule 104(1) limitation on the number of requests for production shall not apply

The Federal Rule of Civil Procedure 33(a)(1) limit of 25 interrogatories shall apply per side, not per party.

The Federal Rule of Civil Procedure 30(2)(A)(i) limit of 10-depositions does not include expert witness depositions.

These agreed modifications to the discovery limits are without prejudice to further modifications being requested by any Party at a later date.

Electronically stored information or documents ("ESI") must be produced with searchable text in native format or image format.  Documents produced in image format should be produced as .tiff or .pdf files accompanied with load files containing associated metadata and companion OCR and/or extracted text files.  ESI maintained in formats that are not easily converted to image format or where such conversion would render them unintelligible, should be produced in native format with, to the extent necessary, a description of the system from which they came, sufficient to permit rendering the records and information intelligible.

Dated: March 4, 2019

Respectfully submitted by:

   /s/ Scott A. Zebrak                                 /s/ Toyja E. Kelley
Scott A. Zebrak (Bar Number 17741)        Toyja E. Kelley (Bar No. 26949)
Corey Miller                                             SAUL EWING ARNSTEIN & LEHR LLP
OPPENHEIM + ZEBRAK, LLP                500 E. Pratt Street, Suite 900
4530 Wisconsin Avenue NW, Fifth Floor   Baltimore, MD 21202-3133
Washington, DC 20016                            410-332-8600
Tel: (202) 480-2999                                410-332-8862 (facsimile)
Fax: (866) 766-1678                                Toyja.kelley@saul.com
scott@oandzlaw.com
corey@oandzlaw.com                            Mark A. Lemley
                                                             Joseph C. Gratz
***Counsel for Plaintiffs***                       Allyson R. Bennett
                                                             Aaron J. Benmark
                                                             DURIE TANGRI LLP
                                                             217 Leidesdorff Street
                                                             San Francisco, CA 94111

mlemley@durietangri.com
jgratz@durietangri.com
abennett@durietangri.com
abenmark@durietangri.com
415-362-6666
415-236-6300 (facsimile)

***Counsel for Defendant***