IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> RESEARCHGATE GMBH, <br><br> Defendant. | Case No. 8:18-cv-03019-GJH |

**CONSENT MOTION TO EXTEND TIME TO FILE REPLY TO DEFENDANT'S MOTION FOR NOTICE UNDER 17 U.S.C. § 501(B)**

Defendant ResearchGate GmbH ("Defendant") by and through its undersigned counsel and with the consent of Plaintiffs American Chemical Society, Elsevier Inc., Elsevier Ltd., and Elsevier B.V. (collectively, "Plaintiffs"), hereby move for an Order extending the time for Defendant to file its reply in support of its motion for notice under 17 U.S.C. § 501(B) ("Motion") to April 4, 2019.  In support thereof, Defendant states:

1. Defendant filed its Motion on February 13, 2019.

2. Plaintiffs filed their opposition to the Motion on March 11, 2019.

3. Defendant requires additional time to file its reply, and requests that the deadline to file its reply be extended to April 4, 2019.

4. Plaintiffs consent to this request.

WHEREFORE, Defendant respectfully requests an Order extending the time for Defendant to file its reply in support of its Motion to April 4, 2019.

Dated: March 13, 2019

Respectfully submitted,

By: _____/s/ Joseph C. Gratz_____
Mark A. Lemley (*Pro Hac Vice*)
Joseph C. Gratz (*Pro Hac Vice*)
Allyson R. Bennett (*Pro Hac Vice*)
Aaron J. Benmark (*Pro Hac Vice*)
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300
mlemley@durietangri.com
jgratz@durietangri.com
abennett@durietangri.com
abenmark@durietangri.com

Toyja E. Kelley (Bar No. 26949)
Jillian K. Walton (Bar No. 20144)
SAUL EWING ARNSTEIN & LEHR LLP
500 E. Pratt Street, Suite 900
Baltimore, MD 21202-3133
Telephone: 410-332-8600
Facsimile: 410-332-8862
Toyja.kellkey@saul.com
Jillian.Walton@saul.com

Attorneys for Defendant
RESEARCHGATE GMBH


SO ORDERED this __ day of _____, 2019


_____
HON. GEORGE J. HAZEL
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

     I hereby certify that on March 13, 2019 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

                                                                                  */s/ Joseph C. Gratz*