**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> RESEARCHGATE GMBH, <br><br> Defendant. | Case No. 8:18-cv-03019-GJH |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that I, Corey Michael Sclar Miller, of Oppenheim + Zebrak, LLP, hereby appear in the above-captioned matter on behalf of Plaintiffs American Chemical Society, Elsevier Inc., Elsevier Ltd., and Elsevier B.V., and respectfully request that all pleadings and other filings in this matter be directed to my attention at the address set forth below. I am a member in good standing of the bars of New York and the District of Columbia.

Dated: March 19, 2019               /s/ *Corey Miller*
                                                    Corey Michael Sclar Miller (Bar Number 20835)
                                                    OPPENHEIM + ZEBRAK, LLP
                                                    4530 Wisconsin Avenue NW, Fifth Floor
                                                    Washington, DC 20016
                                                    Tel: (202) 480-2999
                                                    Fax: (866) 766-1678
                                                    corey@oandzlaw.com