# EXHIBIT 1

Type of Work:	Serial

Registration Number / Date:
  TX0007708971 / 2013-04-12

Application Title: Advances in Water Resources

Title:	Advances in Water Resources . [Published: 2013-02-12. Issue: no. 52C, February 2013]

Serial Publication Year:
  2013

ISSN:	0309-1708

Frequency:	12 per year.

Copyright Claimant:
  Elsevier, Transfer: By written agreement with individual contributors not named on the application/certificate.

Nation of First Publication:
  England

Authorship on Application:
  Elsevier, employer for hire; Domicile: United States; Citizenship: United States. Authorship: compilation.

Issues Registered: no. 52C, February 2013. (C.O. correspondence) Created 2013; Pub. 2013-02-12. Reg. 2013-04-12; TX0007708971

Pre-existing Material:
  Permissioned Materials.

Basis of Claim:	compilation, editing, text, Figures.

Rights and Permissions:
  permissions@elsevier.com

Copyright Note:	C.O. correspondence.

Names:	Elsevier
  Elsevier

================================================================================

++++++++++++++++++++++++++++++++++++++++
The Library of Congress

United States Copyright Office
101 Independence Ave., S.E.
Washington, D.C. 20559-6000
202-707-3000