EXHIBIT 2

Type of Work:     Serial

Registration Number / Date:
          TX0007909351 / 2014-08-15

Application Title: Computers and Fluids

Title:          Computers and Fluids . [Published: 2013-10-23.  Issue: no.
          87,  25 October 2013]

Serial Publication Year:
          2013

ISSN:          0045-7930

Frequency:          18 per year.

Copyright Claimant:
          Elsevier, Transfer: By written agreement with individual
          contributors not named on the application/certificate.

Nation of First Publication:
          England

Authorship on Application:
          Elsevier, employer for hire; Domicile: United States;
          Citizenship: United States. Authorship: compilation.

Issues Registered: no. 87,  25 October 2013. (C.O. correspondence) Created
          2013; Pub. 2013-10-23. Reg. 2014-08-15; TX0007909351

Pre-existing Material:
          Permissioned Materials.

Basis of Claim:    compilation, editing, text, Figures.

Rights and Permissions:
          permissions@elsevier.com

Copyright Note:    C.O. correspondence.

Names:          Elsevier
          Elsevier

========================================================================


++++++++++++++++++++++++++++++++++++++++
The Library of Congress

United States Copyright Office
101 Independence Ave., S.E.
Washington, D.C. 20559-6000
202-707-3000