# EXHIBIT 3

Type of Work: Serial

Registration Number / Date:
 TX0007932625 / 2014-04-25

Application Title: Peptides

Title: Peptides . [Published: 2013-12-11.  Issue: no. 50, December 2013]

Serial Publication Year:
 2013

ISSN: 0196-9781

Frequency: 12 per year.

Copyright Claimant:
 Elsevier, Transfer: By written agreement(s) with individual contributors not named on the application/certificate.

Nation of First Publication:
 United States

Authorship on Application:
 Elsevier, employer for hire; Domicile: United States; Citizenship: United States. Authorship: compilation.

Issues Registered: no. 50,   December 2013. (C.O. correspondence) Created 2013; Pub. 2013-12-11. Reg. 2014-04-25; TX0007932625

Pre-existing Material:
 Permission Materials.

Basis of Claim:   compilation, editing, text, Figures.

Rights and Permissions:
 permissions@elsevier.com

Copyright Note:   C.O. correspondence.

Names: Elsevier
 Elsevier

===========================================================================

++++++++++++++++++++++++++++++++++++++++++
The Library of Congress

United States Copyright Office
101 Independence Ave., S.E.
Washington, D.C. 20559-6000
202-707-3000