# EXHIBIT 4

Type of Work:	Serial

Registration Number / Date:
	TX0008236476 / 2016-04-28

Application Title: ACS Applied Materials & Interfaces

Title:	ACS Applied Materials & Interfaces.  [Published: 2016-01-13
	  to 2016-03-30.  Issues: vol. 8, no. 1, January 13, 2016
	  to vol. 8, no. 12, March 30, 2016]

Serial Publication Year:
	2016

ISSN:	1944-8244

Copyright Claimant:
	American Chemical Society.

Nation of First Publication:
	United States

Authorship on Application:
	American Chemical Society, employer for hire. Authorship:
	  collective work.

Issues Registered: vol. 8, no. 1, January 13, 2016. Pub. 2016-01-13. Reg.
	  2016-04-28; TX0008236476
	vol. 8, no. 2, January 20, 2016. Pub. 2016-01-20. Reg.
	  2016-04-28; TX0008236476
	vol. 8, no. 3, January 27, 2016. Pub. 2016-01-27. Reg.
	  2016-04-28; TX0008236476
	vol. 8, no. 4, February 3, 2016. Pub. 2016-02-03. Reg.
	  2016-04-28; TX0008236476
	vol. 8, no. 5, February 5, 2016. Pub. 2016-02-05. Reg.
	  2016-04-28; TX0008236476
	vol. 8, no. 6, February 17, 2016. Pub. 2016-02-17. Reg.
	  2016-04-28; TX0008236476
	vol. 8, no. 7, February 24, 2016. Pub. 2016-02-24. Reg.
	  2016-04-28; TX0008236476
	vol. 8, no. 8, March 2, 2016. Pub. 2016-03-02. Reg.
	  2016-04-28; TX0008236476
	vol. 8, no. 9, March 9, 2016. Pub. 2016-03-09. Reg.
	  2016-04-28; TX0008236476
	vol. 8, no. 10, March 16, 2016. Pub. 2016-03-16. Reg.
	  2016-04-28; TX0008236476
	vol. 8, no. 11, March 23, 2016. Pub. 2016-03-23. Reg.
	  2016-04-28; TX0008236476
	vol. 8, no. 12, March 30, 2016. Pub. 2016-03-30. Reg.
	  2016-04-28; TX0008236476

Names:	American Chemical Society

===============================================================================

++++++++++++++++++++++++++++++++++++++++++
The Library of Congress
United States Copyright Office
101 Independence Ave., S.E.
Washington, D.C. 20559-6000
202-707-3000