# EXHIBIT 5

Type of Work:     Serial

Registration Number / Date:
          TX0008020443 / 2015-04-07

Application Title: Biomacromolecules

Title:          Biomacromolecules.  [Published: 2015-01-12 to 2015-03-09.
               Issues: vol. 16, no. 1, January, 2015 to vol. 16, no. 3,
               March 2015]

Serial Publication Year:
          2015

ISSN:          1525-7797

Copyright Claimant:
          American Chemical Society.

Nation of First Publication:
          United States

Authorship on Application:
          American Chemical Society, employer for hire. Authorship:
            collective work.

Issues Registered: vol. 16, no. 1, January, 2015. Pub. 2015-01-12. Reg.
            2015-04-07; TX0008020443
          vol. 16, no. 2, February 2015. Pub. 2015-02-09. Reg.
            2015-04-07; TX0008020443
          vol. 16, no. 3, March 2015. Pub. 2015-03-09. Reg.
            2015-04-07; TX0008020443

Names:          American Chemical Society

================================================================================

++++++++++++++++++++++++++++++++++++++++++
The Library of Congress
United States Copyright Office
101 Independence Ave., S.E.
Washington, D.C. 20559-6000
202-707-3000