# EXHIBIT 6

Type of Work: Serial

Registration Number / Date:
    TX0008192004 / 2016-03-03

Application Title: Langmuir

Title:    Langmuir. [Published: 2015-11-03 to 2015-12-29. Issues: vol. 31, no. 43, November 3, 2015 to vol. 31, no. 51, December 29, 2015]

Serial Publication Year:
    2015

ISSN:    0743-7463

Copyright Claimant:
    American Chemical Society.

Nation of First Publication:
    United States

Authorship on Application:
    American Chemical Society, employer for hire. Authorship: collective work.

Issues Registered: vol. 31, no. 43, November 3, 2015. Pub. 2015-11-03. Reg. 2016-03-03; TX0008192004
    vol. 31, no. 44, November 10, 2015. Pub. 2015-11-10. Reg. 2016-03-03; TX0008192004
    vol. 31, no. 45, November 17, 2015. Pub. 2015-11-17. Reg. 2016-03-03; TX0008192004
    vol. 31, no. 46, November 24, 2015. Pub. 2015-11-24. Reg. 2016-03-03; TX0008192004
    vol. 31, no. 47, December 1, 2015. Pub. 2015-12-01. Reg. 2016-03-03; TX0008192004
    vol. 31, no. 48, December 8, 2015. Pub. 2015-12-08. Reg. 2016-03-03; TX0008192004
    vol. 31, no. 49, December 15, 2015. Pub. 2015-12-15. Reg. 2016-03-03; TX0008192004
    vol. 31, no. 50, December 22, 2015. Pub. 2015-12-22. Reg. 2016-03-03; TX0008192004
    vol. 31, no. 51, December 29, 2015. Pub. 2015-12-29. Reg. 2016-03-03; TX0008192004

Names:    American Chemical Society

================================================================================

+++++++++++++++++++++++++++++++++++++++++
The Library of Congress
United States Copyright Office
101 Independence Ave., S.E.
Washington, D.C. 20559-6000
202-707-3000