# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY ET AL., | Case No. 8:18-cv-03019-GJH |
| Plaintiffs, | |
| v. | |
| RESEARCHGATE GMBH, | |
| Defendant. | |

# DECLARATION OF JOSEPH C. GRATZ IN SUPPORT OF DEFENDANT RESEARCHGATE GMBH'S REPLY IN SUPPORT OF ITS MOTION FOR NOTICE UNDER 17 U.S.C. § 501(B)

I, Joseph C. Gratz, declare as follows:

1. I am an attorney at the law firm of Durie Tangri LLP, representing Defendant ResearchGate GmbH. I am a member in good standing of the Bar of the State of California. I make this declaration based upon matters within my own personal knowledge, and if called as a witness, I could and would competently testify on the matters set forth herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the registration record for Elsevier Copyright Registration Number TX0007708971.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the registration record for Elsevier Copyright Registration Number TX0007909351.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the registration record for Elsevier Copyright Registration Number TX0007932625.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the registration record for ACS Copyright Registration No. TX0008236476.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the registration record for ACS Copyright Registration No. TX0008020443.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the registration record for ACS Copyright Registration No. TX0008192004.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 4, 2019 in San Francisco, California.

/s/ Joseph C. Gratz
Joseph C. Gratz

1

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2019 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

<u>                                                                 </u>
**[INSERT]**