# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
*Southern Division*

| | | |
|---|---|---|
| **AMERICAN CHEMICAL SOCIETY,** et al., | * | |
| Plaintiffs, | * | |
| v. | * | Case No.: GJH-18-3019 |
| **RESEARCHGATE GMBH,** | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is ordered by the United States District Court for the District of Maryland that Defendant's Motion for Notice Under 17 U.S.C. § 501(b), ECF No. 10, is **DENIED**.

Dated: June 11 , 2019                                /s/
                                                                    GEORGE J. HAZEL
                                                                    United States District Judge