**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)**

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> RESEARCHGATE GMBH <br><br> Defendant. | Case No. 8:18-cv-03019-GJH |

## **LINE – COUNSEL CHANGE OF ADDRESS**

Dear Clerk:

PLEASE TAKE NOTICE that Jillian K. Walton, counsel for Defendant, ResearchGate GmbH, has the following new address and phone number:

Jillian K. Walton*
Saul Ewing Arnstein & Lehr LLP
One PPG Place, Suite 3010
Pittsburgh, PA 15222
Phone No. 412-209-2537
*Admitted in Maryland only.*

PLEASE TAKE FURTHER NOTICE that the address and phone number for Toyja E. Kelley remains the same.

Date: July 18, 2019                                        Respectfully submitted,

   /s/  Jillian K. Walton
Jillian K. Walton* (Bar No. 20144)
Saul Ewing Arnstein & Lehr LLP
One PPG Place, Suite 3010
Pittsburgh, PA 15222
Phone No. 412-209-2537
jillian.walton@saul.com
*Admitted in Maryland only.

/s/
Toyja E. Kelley (Bar No. 26949)
SAUL EWING ARNSTEIN & LEHR LLP
500 E. Pratt Street, Suite 900
Baltimore, MD 21202-3133
410-332-8600
410-332-8862 (facsimile)
Toyja.kelley@saul.com

Mark A. Lemley
Joseph C. Gratz
Allyson R. Bennett
Aaron J. Benmark
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA  94111
415-362-6666
415-236-6300 (facsimile)
mlemley@durietangri.com
jgratz@durietangri.com
abennett@durietangri.com
abenmark@durietangri.com

*Attorneys for Defendant
ResearchGate GmbH*

-3-

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 18th day of July, 2019, a copy of the foregoing Notice of Change of Address was electronically filed and served on all counsel and parties of record via the Court's CM/ECF system.

    /s/  Jillian K. Walton
Jillian K. Walton