IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> RESEARCHGATE GMBH, <br><br> Defendant. | Case No. 8:18-cv-03019-GJH |

**NOTICE OF PLAINTIFFS' SUBMISSION
OF AMENDED EXHIBIT A TO COMPLAINT**

Plaintiffs American Chemical Society, Elsevier Inc., Elsevier Ltd., and Elsevier B.V., by and through their undersigned counsel, hereby submit an amended Exhibit A to their Complaint, in accordance with the Court's discovery order. ECF No. 18 (Joint Proposed Discovery Deadlines and Limits) (entered by paperless order on March 11, 2019). The amended Exhibit A to the Complaint is attached hereto. This submission is without prejudice to Plaintiffs' right to further amend Exhibit A.

DATED: July 23, 2019

/s/ Scott A. Zebrak
Scott A. Zebrak (Bar Number 17741)
Corey Miller
Lucy Grace D. Noyola
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue NW, 5th Floor
Washington, DC 20016
Tel: (202) 480-2999
Fax: (866) 766-1678
scott@oandzlaw.com
corey@oandzlaw.com
lucy@oandzlaw.com

*Attorneys for Plaintiffs*