

Scott A. Zebrak
4530 Wisconsin Avenue NW, 5th Floor
Washington, DC  20016
202.450.3758 | scott@oandzlaw.com

October 25, 2019

**<u>Via ECF</u>**

Honorable George J. Hazel
United States District Court, District of Maryland
Greenbelt Division
6500 Cherrywood Lane
Suite 445A
Greenbelt, MD  20770

      **Re:**    ***American Chemical Society et al. v. ResearchGate GmbH,***
             **No. 8:18-cv-03019-GJH**

Dear Judge Hazel:

We represent Plaintiffs in the above-referenced action and respectfully submit this letter regarding Plaintiffs' letter motion to compel discovery (ECF No. 36).

The Court held a telephonic conference on Plaintiffs' letter motion on October 21, 2019 and scheduled a second conference for October 28, 2019.  With the benefit of the Court's feedback, the parties have met and conferred again and are in the process of making what we hope will be substantial progress on resolving the issues discussed with the Court.  With the Court's permission, the parties believe it makes sense to remove the October 28 conference from the calendar.  We will inform the Court if the parties are unable to resolve their disputes and seek further assistance from the Court.

Thank you for your time and attention to this matter earlier this week.

                          Respectfully submitted,

                          */s/ Scott A. Zebrak*

                          Scott A. Zebrak

cc:  Counsel of Record (via ECF)