

Lucy Grace D. Noyola
4530 Wisconsin Avenue NW, 5th Floor
Washington, DC  20016
202.499.2940 | lucy@oandzlaw.com

January 29, 2020

**<u>Via ECF</u>**

Honorable George J. Hazel
United States District Court, District of Maryland
Greenbelt Division
6500 Cherrywood Lane
Suite 445A
Greenbelt, MD  20770

      **Re:**    ***American Chemical Society et al. v. ResearchGate GmbH,***
             **No. 8:18-cv-03019-GJH**

Dear Judge Hazel:

We represent Plaintiffs in the above-referenced action and respectfully submit this letter regarding the parties' Joint Proposed Modifications to Discovery Deadlines (ECF No. 40).

We write to inquire about the status of the parties' joint motion.  The joint motion was filed on January 16, 2020.  On January 21, 2020, the Court issued an order granting the joint motion but, soon thereafter, retracted that order.  On January 23, 2020, we called the Court's chambers to ask about the status of the parties' joint motion and were informed that the motion remains pending.

Please let us know if there is any information we can provide that would assist the Court in ruling on this joint motion.  We believe that the modified discovery schedule to which the parties have agreed would facilitate the orderly progression of the case.

Thank you for your time and attention to this matter.

                           Respectfully submitted,

                           */s/ Lucy Grace D. Noyola*

                           Lucy Grace D. Noyola

cc:  Counsel of Record (via ECF)