**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

AMERICAN CHEMICAL SOCIETY ET AL.,

Plaintiffs,

    v.

RESEARCHGATE GMBH,

Defendant.

Case No. 8:18-cv-03019-GJH

## MOTION TO MODIFY THE PROTECTIVE ORDER

Plaintiffs American Chemical Society, Elsevier Inc., Elsevier Ltd., and Elsevier B.V. (collectively, "Plaintiffs"), by and through their respective undersigned counsel, hereby submit this Motion to Modify the Protective Order previously proposed by the parties (ECF No. 32) and entered by the Court (ECF No. 35) to permit Matthew Stratton, Senior Counsel at Elsevier, to view information designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY".

Paragraph 4(a)(ii) of the Protective Order limits the employees of Plaintiffs who can view information designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" to four designated members of Plaintiffs' in-house legal departments.  Mr. Stratton is an attorney at Elsevier who works closely with outside counsel on this case and allowing him to view information designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" would greatly facilitate Elsevier's ability to manage this case.  Accordingly, Plaintiffs seek to modify Paragraph 4(a)(ii) to add Mr. Stratton to the list of Plaintiffs' designated in-house counsel who can view information designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY".

Plaintiffs have conferred with counsel for Defendant ResearchGate GmbH and Defendant does not oppose this motion.

Dated: March 9, 2020                Respectfully Submitted,


                         __/s/ *Corey Miller*_____
                         Corey Miller (Bar Number 20835)
                         Scott A. Zebrak (Bar Number 17741)
                         Lucy Grace D. Noyola
                         OPPENHEIM + ZEBRAK, LLP
                         4530 Wisconsin Avenue NW, Fifth Floor
                         Washington, DC 20016
                         Tel: (202) 480-2999
                         Fax: (866) 766-1678
                         scott@oandzlaw.com
                         corey@oandzlaw.com
                         lucy@oandzlaw.com

                         **Counsel for Plaintiffs**


SO ORDERED this __ day of _____, 2020


             _____
             GEORGE J. HAZEL
             UNITED STATES DISTRICT JUDGE

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on this 9th day of March, 2020, a copy of the foregoing Plaintiffs' Motion to Modify the Protective Order was electronically filed and served on all counsel and parties of record via the Court's CM/ECF system.


<u>    /s/ *Corey Miller*         </u>
Corey Miller