**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

AMERICAN CHEMICAL SOCIETY ET AL.,

|                         | Plaintiffs, | Case No. 8:18-cv-03019-GJH |
|-------------------------|-------------|----------------------------|

v.

RESEARCHGATE GMBH,

Defendant.

## JOINT MOTION TO MODIFY THE PROTECTIVE ORDER

Plaintiffs American Chemical Society, Elsevier Inc., Elsevier Ltd., and Elsevier B.V. (collectively, "Plaintiffs"), and Defendant ResearchGate GmbH ("Defendant"), by and through their respective undersigned counsel, hereby submit this Joint Motion to Modify the Protective Order previously proposed by the parties (ECF No. 32) and entered by the Court (ECF No. 35) to permit Hank Udow, Chief Legal Officer of RELX plc, to view information designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY".

Paragraph 4(a)(ii) of the Protective Order limits the employees of Plaintiffs who can view information designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" to designated members of Plaintiffs' in-house legal departments.  Mr. Udow is the Chief Legal Officer of RELX plc, Elsevier's parent company.  Permitting Mr. Udow to view information designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" would greatly facilitate Elsevier's ability to manage this case.  Accordingly, the Parties jointly seek to modify Paragraph 4(a)(ii) to add Mr. Udow to the list of Plaintiffs' designated in-house counsel who can view information designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY".

Dated: March 24, 2020

Respectfully submitted by:

| | |
|---|---|
| ___/s/ *Corey Miller*___ | ___/s/ *Toyja E. Kelley*___ |
| Corey Miller (Bar Number 20835) | Toyja E. Kelley (Bar No. 26949) |
| Scott A. Zebrak (Bar Number 17741) | SAUL EWING ARNSTEIN & LEHR LLP |
| Lucy Grace D. Noyola | 500 E. Pratt Street, Suite 900 |
| OPPENHEIM + ZEBRAK, LLP | Baltimore, MD 21202-3133 |
| 4530 Wisconsin Avenue NW, Fifth Floor | 410-332-8600 |
| Washington, DC 20016 | 410-332-8862 (facsimile) |
| Tel: (202) 480-2999 | Toyja.kelley@saul.com |
| Fax: (866) 766-1678 | |
| scott@oandzlaw.com | Mark A. Lemley |
| corey@oandzlaw.com | Joseph C. Gratz |
| lucy@oandzlaw.com | Allyson R. Bennett |
| | Aaron J. Benmark |
| ***Counsel for Plaintiffs*** | DURIE TANGRI LLP |
| | 217 Leidesdorff Street |
| | San Francisco, CA 94111 |
| | mlemley@durietangri.com |
| | jgratz@durietangri.com |
| | abennett@durietangri.com |
| | abenmark@durietangri.com |
| | 415-362-6666 |
| | 415-236-6300 (facsimile) |
| | |
| | ***Counsel for Defendant*** |

SO ORDERED this __ day of _____, 2020

_____
GEORGE J. HAZEL
UNITED STATES DISTRICT JUDGE

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on this 24th day of March, 2020, a copy of the foregoing

Joint Motion to Modify the Protective Order was electronically filed and served on all counsel

and parties of record via the Court's CM/ECF system.


     /s/ *Corey Miller*
Corey Miller