IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> RESEARCHGATE GMBH, <br><br> Defendant. | Case No. 8:18-cv-03019-GJH |

**JOINT PROPOSED MODIFICATIONS TO DISCOVERY DEADLINES**

Plaintiffs American Chemical Society, Elsevier Inc., Elsevier Ltd., and Elsevier B.V. (collectively, "Plaintiffs"), and Defendant ResearchGate GmbH ("Defendant"), by and through their respective undersigned counsel, hereby submit the following Joint Proposed Modifications to Discovery Deadlines modifying the deadlines previously proposed by the parties (ECF No. 40) and entered by the Court on February 12, 2020 (ECF No. 44). As discussed with the Court during the telephonic hearing on June 9, 2020, as a result of discovery delays due to the COVID-19 virus, the parties have agreed to propose the following modifications to the discovery deadlines and request the Court enter an order modifying the discovery deadlines as follows:

| | |
|---|---|
| October 14, 2020 | Fact discovery deadline |
| November 5, 2020 | Rule 26(a)(2) expert disclosures |
| January 15, 2021 | Rebuttal Rule 26(a)(2) expert disclosures |
| February 5, 2021 | Rule 26(e)(2) supplementation of disclosures and responses |
| March 22, 2021 | Expert discovery deadline; submission of status report |
| June 4, 2021 | Dispositive motions deadline |

This is the second modification of the discovery deadlines the parties have sought.

Dated: June 26, 2020

Respectfully submitted by:

| | |
|---|---|
| __/s/ *Scott A. Zebrak*_____ | __/s/ *Toyja E. Kelley*_____ |
| Scott A. Zebrak (Bar Number 17741) | Toyja E. Kelley (Bar No. 26949) |
| Corey Miller | SAUL EWING ARNSTEIN & LEHR LLP |
| Lucy Grace D. Noyola | 500 E. Pratt Street, Suite 900 |
| OPPENHEIM + ZEBRAK, LLP | Baltimore, MD 21202-3133 |
| 4530 Wisconsin Avenue NW, Fifth Floor | 410-332-8600 |
| Washington, DC 20016 | 410-332-8862 (facsimile) |
| Tel: (202) 480-2999 | Toyja.kelley@saul.com |
| Fax: (866) 766-1678 | |
| scott@oandzlaw.com | |
| corey@oandzlaw.com | |
| lucy@oandzlaw.com | Mark A. Lemley |
| | Joseph C. Gratz |
| ***Counsel for Plaintiffs*** | Allyson R. Bennett |
| | Aaron J. Benmark |
| | DURIE TANGRI LLP |
| | 217 Leidesdorff Street |
| | San Francisco, CA 94111 |
| | mlemley@durietangri.com |
| | jgratz@durietangri.com |
| | abennett@durietangri.com |
| | abenmark@durietangri.com |
| | 415-362-6666 |
| | 415-236-6300 (facsimile) |
| | |
| | ***Counsel for Defendant*** |