IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY ET AL., <br><br>　　　　　　　　Plaintiffs, <br><br>　v. <br><br>RESEARCHGATE GMBH, <br><br>　　　　　　　　Defendant. | Case No. 8:18-cv-03019-GJH |

**NOTICE OF PLAINTIFFS' SUBMISSION
OF AMENDED EXHIBIT A TO COMPLAINT**

Plaintiffs American Chemical Society, Elsevier Inc., Elsevier Ltd., and Elsevier B.V. (collectively, "Plaintiffs"), by and through their undersigned counsel, and with written consent of Defendant ResearchGate GmbH, hereby submit an amended Exhibit A to their Complaint in accordance with Federal Rule of Civil Procedure 15(a)(2). The amended Exhibit A to the Complaint is attached hereto. This submission is without prejudice to Plaintiffs' right to further amend Exhibit A.

DATED: July 9, 2020

/s/ Scott A. Zebrak
Scott A. Zebrak (Bar Number 17741)
Corey Miller
Lucy Grace D. Noyola
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue NW, 5th Floor
Washington, DC 20016
Tel: (202) 480-2999
Fax: (866) 766-1678
scott@oandzlaw.com
corey@oandzlaw.com
lucy@oandzlaw.com

*Attorneys for Plaintiffs*