

Scott A. Zebrak
4530 Wisconsin Avenue NW, 5th Floor
Washington, DC  20016
202.450.3758 | scott@oandzlaw.com

September 10, 2020

**Via ECF**

Honorable George J. Hazel
United States District Court, District of Maryland
Greenbelt Division
6500 Cherrywood Lane
Suite 445A
Greenbelt, MD 20770

      Re:   *American Chemical Society et al. v. ResearchGate GmbH*,
              No. 8:18-cv-03019-GJH

Dear Judge Hazel:

      On behalf of Plaintiffs the American Chemical Society, Elsevier Inc., Elsevier Ltd., and Elsevier B.V. (collectively, "Plaintiffs") in the above-referenced action, we write to file this Interim Sealing Motion to seal the letter-motion to compel production of documents Plaintiffs filed today.[1]  ECF No. 64.

      Local Rule 105.11 and Section 5 of the Protective Order entered by the Court (ECF Nos. 32, 35) require a party filing information with the Court designated CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY under the Protective Order to file such confidential information under seal and concurrently file an Interim Sealing Motion to seal the confidential information.

      Plaintiffs' motion to compel discusses the specifics of documents and information Defendant ResearchGate GmbH ("Defendant" or "ResearchGate") has produced and designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY pursuant to the Protective Order.  This information is necessary to the motion because some of the discovery Plaintiffs seek in the motion is based on the specific contents of these protected documents.

---

[1] Plaintiffs file this letter-motion pursuant to the Court's guidance at the Rule 16 Scheduling Conference on February 28, 2019.  If the Court prefers a formal motion, Plaintiffs will proceed with filing a motion under L.R. 104.8 and 105.

Under the Protective Order, sealing is necessary to maintain the confidentiality of the protected information.  Accordingly, so as not to infringe Defendant's rights under the Protective Order, Plaintiffs respectfully request that Plaintiffs' Motion to Compel be sealed.

Respectfully submitted,

*/s/ Scott A. Zebrak*

Scott A. Zebrak

cc:  Counsel of Record (via ECF)