**Durie Tangri**

Joseph C. Gratz
415-376-6407 (direct)
415-362-6666 (main)
jgratz@durietangri.com

September 11, 2020

**VIA ECF**

The Honorable George J. Hazel
United States District Court
District of Maryland
6500 Cherrywood Lane
Suite 445A
Greenbelt, MD 20770

Re:   *American Chemical Society et al. v. ResearchGate GmbH*
      Case No. 8:18-cv-03019-GJH

Dear Judge Hazel:

Pursuant to Local Rules 104.13 and 105.11 and Section 5 of the Stipulated Protective Order in this case, ResearchGate submits this interim sealing motion to seal its Opposition to Plaintiffs' Motion for a Protective Order submitted herewith.

Plaintiffs filed an Interim Sealing Motion simultaneously with their Motion for a Protective Order on the grounds that their Motion for a Protective Order and supporting papers involve information that is commercially sensitive and confidential to Plaintiffs, and documents that were produced by Elsevier and designated Confidential or Highly Confidential – Attorneys' Eyes Only. (Pls.' Interim Sealing Mot. at 1-2, ECF No. 61.)

ResearchGate's Opposition to Plaintiffs' Motion for a Protective Order involves the same and additional information relating to Plaintiffs and their communications with non-parties. ResearchGate's opposition involves documents produced by Elsevier and ACS and designated by them as either Confidential or Highly Confidential – Attorneys' Eyes Only. This information is important to ResearchGate's subpoenas and to its Opposition to Plaintiffs' Motion for a Protective Order. Plaintiffs have asserted that this information is confidential and commercially sensitive and must be sealed. (Pls.' Mot. for Protective Order at 1-2, ECF No. 61.) ResearchGate does not at this time object to Plaintiffs' assertions of confidentiality, commercial sensitivity, and the need for sealing. Accordingly, and pursuant to the Protective Order entered here, ResearchGate respectfully requests that its Opposition to Plaintiffs' Motion for a Protective Order be sealed.

Honorable George J. Hazel
September 11, 2020
Page 2

Respectfully submitted,

*/s/ Joseph C. Gratz*
Joseph C. Gratz

                */s/ Toyja E. Kelley*
              Toyja E. Kelley (Federal Bar No. 26949)
              SAUL EWING ARNSTEIN & LEHR LLP
              500 E. Pratt Street, Suite 900
              Baltimore, MD 21202-3133
              410-332-8600
              410-332-8862 (facsimile)
              Toyja.kelley@saul.com

              *Attorneys for ResearchGate GmbH*

cc: Counsel of Record (via ECF and E-mail)