**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

AMERICAN CHEMICAL SOCIETY ET AL.,

                    Plaintiffs,

      v.

RESEARCHGATE GMBH,

                   Defendant.

Case No. 8:18-cv-03019-GJH

**STIPULATED REQUEST FOR LIMITED**
**EXTENSION OF DISCOVERY ABEYANCE**

Plaintiffs American Chemical Society, Elsevier Inc., Elsevier Ltd., and Elsevier B.V. (collectively, "Plaintiffs"), and Defendant ResearchGate GmbH ("Defendant"), by and through their respective undersigned counsel, hereby jointly request the Court extended the discovery abeyance currently in place.

On September 17, 2020, the Court entered (ECF No. 70) the parties' Proposed Order (ECF No. 69-1) holding all "[a]ll party and non-party discovery and pending discovery motions . . . in abeyance for a period of eight weeks from the date of this Order" and requiring that, "[o]n November 9, 2020, the Parties shall provide the Court with a status update."  On November 13, 2020, the Court entered (ECF. No. 72) an order granting the parties' request (ECF No. 71) to extend the abeyance until January 15, 2021.

The abeyance will expire on January 15, 2021.  The conditions described in the parties' Joint Proposed Discovery Schedule Stipulation (ECF No. 69) as necessitating an abeyance have not changed.  Accordingly, the parties jointly request that the Court extend the abeyance until March 19, 2021.  At that time, the parties shall provide the Court with a status update.

Dated: January 12, 2021


Respectfully submitted by:


____/s/ *Scott A. Zebrak*_____        ____/s/ *Toyja E. Kelley*_____
Scott A. Zebrak (Bar Number 17741)          Toyja E. Kelley (Bar No. 26949)
Corey Miller                                SAUL EWING ARNSTEIN & LEHR LLP
Lucy Grace D. Noyola                        500 E. Pratt Street, Suite 900
OPPENHEIM + ZEBRAK, LLP                      Baltimore, MD 21202-3133
4530 Wisconsin Avenue NW, Fifth Floor       410-332-8600
Washington, DC 20016                        410-332-8862 (facsimile)
Tel: (202) 480-2999                         Toyja.kelley@saul.com
Fax: (866) 766-1678
scott@oandzlaw.com
corey@oandzlaw.com                          Mark A. Lemley
lucy@oandzlaw.com                           Joseph C. Gratz
                                            Allyson R. Bennett
                                            Aaron J. Benmark
**Counsel for Plaintiffs**                  DURIE TANGRI LLP
                                            217 Leidesdorff Street
                                            San Francisco, CA 94111
                                            415-362-6666
                                            415-236-6300 (facsimile)
                                            mlemley@durietangri.com
                                            jgratz@durietangri.com
                                            abennett@durietangri.com
                                            abenmark@durietangri.com

                                            **Counsel for Defendant**