IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY ET AL.,<br><br>        Plaintiffs,<br><br>v.<br><br>RESEARCHGATE GMBH,<br><br>        Defendant. | Case No. 8:18-cv-03019-GJH |

## STIPULATED REQUEST FOR LIMITED
## EXTENSION OF DISCOVERY ABEYANCE

Plaintiffs American Chemical Society, Elsevier Inc., Elsevier Ltd., and Elsevier B.V. (collectively, "Plaintiffs"), and Defendant ResearchGate GmbH ("Defendant"), by and through their respective undersigned counsel, hereby jointly request the Court extended the discovery abeyance currently in place.

On September 17, 2020, the Court entered (ECF No. 70) the parties' Proposed Order (ECF No. 69-1) holding all "[a]ll party and non-party discovery and pending discovery motions . . . in abeyance for a period of eight weeks from the date of this Order" and requiring that, "[o]n November 9, 2020, the Parties shall provide the Court with a status update."  On November 13, 2020, the Court entered (ECF. No. 72) an order granting the parties' request (ECF No. 71) to extend the abeyance until January 15, 2021.  On January 13, 2021, the Court entered (ECF No. 74) an order granting the parties' request (ECF No. 73) to extend the abeyance until March 19, 2021. On March 22, 2021, the Court entered (ECF No. 72) an order granting the parties' request (ECF No. 75) to extend the abeyance until May 21, 2021.

The abeyance expired on May 21, 2021. The conditions described in the parties' Joint Proposed Discovery Schedule Stipulation (ECF No. 69) as necessitating an abeyance have not changed. Accordingly, the parties jointly request that the Court extend the abeyance until June 24, 2021. At that time, the parties shall provide the Court with a status update.

Dated: May 24, 2021

Respectfully submitted by:

| | |
|---|---|
| __/s/ *Scott A. Zebrak*__ | __/s/ *Toyja E. Kelley*__ |
| Scott A. Zebrak (Bar Number 17741) | Toyja E. Kelley (Bar No. 26949) |
| Corey Miller | SAUL EWING ARNSTEIN & LEHR LLP |
| Lucy Grace D. Noyola | 500 E. Pratt Street, Suite 900 |
| OPPENHEIM + ZEBRAK, LLP | Baltimore, MD 21202-3133 |
| 4530 Wisconsin Avenue NW, Fifth Floor | 410-332-8600 |
| Washington, DC 20016 | 410-332-8862 (facsimile) |
| Tel: (202) 480-2999 | Toyja.kelley@saul.com |
| Fax: (866) 766-1678 | |
| scott@oandzlaw.com | Mark A. Lemley |
| corey@oandzlaw.com | Joseph C. Gratz |
| lucy@oandzlaw.com | Allyson R. Bennett |
| | Aaron J. Benmark |
| **Counsel for Plaintiffs** | DURIE TANGRI LLP |
| | 217 Leidesdorff Street |
| | San Francisco, CA 94111 |
| | 415-362-6666 |
| | 415-236-6300 (facsimile) |
| | mlemley@durietangri.com |
| | jgratz@durietangri.com |
| | abennett@durietangri.com |
| | abenmark@durietangri.com |
| | |
| | **Counsel for Defendant** |