**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

AMERICAN CHEMICAL SOCIETY ET AL.,

                Plaintiffs,

     v.

RESEARCHGATE GMBH,

                Defendant.

Case No. 8:18-cv-03019-GJH

**STIPULATED REQUEST FOR LIMITED**
**EXTENSION OF DISCOVERY ABEYANCE**

Plaintiffs American Chemical Society, Elsevier Inc., Elsevier Ltd., and Elsevier B.V. (collectively, "Plaintiffs"), and Defendant ResearchGate GmbH ("Defendant"), by and through their respective undersigned counsel, hereby jointly request the Court extend the previously ordered discovery abeyance.

On September 17, 2020, the Court entered (ECF No. 70) the parties' Proposed Order (ECF No. 69-1) holding all "[a]ll party and non-party discovery and pending discovery motions . . . in abeyance for a period of eight weeks from the date of this Order." and requiring that, "[o]n November 9, 2020, the Parties shall provide the Court with a status update." On November 13, 2020, the Court entered (ECF. No. 72) an order granting the parties' request (ECF No. 71) to extend the abeyance until January 15, 2021. On January 13, 2021, the Court entered (ECF No. 74) an order granting the parties' request (ECF No. 73) to extend the abeyance until March 19, 2021. On March 22, 2021, the Court entered (ECF No. 76) an order granting the parties' request (ECF No. 75) to extend the abeyance until May 21, 2021. On June 4, 2021, the Court entered (ECF No. 79) an order granting the parties' request (ECF No. 78) to extend the abeyance until June 24, 2021.

On June 23, 2021, the parties requested (ECF No. 81) an extension of the abeyance until July 26, 2021, which the Court neither granted nor denied.  On July 31, 2021, the Court entered (ECF No. 83) an order granting the parties' request (ECF No. 82) to extend the abeyance until August 31, 2021.

The abeyance ordered by the Court expires on August 31, 2021.  The conditions described in the parties' Joint Proposed Discovery Schedule Stipulation (ECF No. 69) as necessitating an abeyance have not changed.  Accordingly, the parties jointly request that the Court extend the abeyance until October 1, 2021.  At that time, the parties shall provide the Court with a status update.

Dated: August 31, 2021

Respectfully submitted by:

  /s/ *Scott A. Zebrak*                          
Scott A. Zebrak (Bar Number 17741)
Corey Miller
Lucy Grace D. Noyola
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue NW, Fifth Floor
Washington, DC 20016
Tel: (202) 480-2999
Fax: (866) 766-1678
scott@oandzlaw.com
corey@oandzlaw.com
lucy@oandzlaw.com


***Counsel for Plaintiffs***

  /s/ *Toyja E. Kelley*                          
Toyja E. Kelley (Bar No. 26949)
SAUL EWING ARNSTEIN & LEHR LLP
500 E. Pratt Street, Suite 900
Baltimore, MD 21202-3133
410-332-8600
410-332-8862 (facsimile)
Toyja.kelley@saul.com

Mark A. Lemley
Joseph C. Gratz
Allyson R. Bennett
Aaron J. Benmark
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
415-362-6666
415-236-6300 (facsimile)
mlemley@durietangri.com
jgratz@durietangri.com
abennett@durietangri.com
abenmark@durietangri.com

***Counsel for Defendant***