**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

AMERICAN CHEMICAL SOCIETY ET AL.,

               Plaintiffs,

    v.

RESEARCHGATE GMBH,

             Defendant.

Case No. 8:18-cv-03019-GJH

## [PROPOSED] ORDER

Upon consideration of the Parties' Joint Stipulated Request for Limited Extension of Discovery Abeyance (ECF No. 84), it is hereby ORDERED that all party and non-party discovery and pending discovery motions are temporarily held in abeyance until October 1, 2021, at which time the Parties shall provide the Court with a status update.  After hearing from the Parties, a future scheduling order shall set forth new deadlines, including regarding any pending motions or party or non-party discovery.

It is so ORDERED this _____ day of _____, _____.

_____
United States District Judge