# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY ET AL., | |
| Plaintiffs, | Case No. 8:18-cv-03019-GJH |
| v. | |
| RESEARCHGATE GMBH, | |
| Defendant. | |

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2021 SEP 17 P 2: 43

### [~~PROPOSED~~] ORDER

Upon consideration of the Parties' Joint Stipulated Request for Limited Extension of Discovery Abeyance (ECF No. 84), it is hereby ORDERED that all party and non-party discovery and pending discovery motions are temporarily held in abeyance until October 1, 2021, at which time the Parties shall provide the Court with a status update. After hearing from the Parties, a future scheduling order shall set forth new deadlines, including regarding any pending motions or party or non-party discovery.

It is so ORDERED this 17th day of September, 2021.

_____
United States District Judge