IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

AMERICAN CHEMICAL SOCIETY ET AL.,

    Plaintiffs,

v.

RESEARCHGATE GMBH,

    Defendant.

Case No. 8:18-cv-03019-GJH

## [PROPOSED] ORDER

Upon consideration of the Parties' Joint Stipulated Request for Limited Extension of Discovery Abeyance, it is hereby ORDERED that all party and non-party discovery and pending discovery motions are temporarily held in abeyance until November 1, 2021, at which time the Parties shall provide the Court with a status update. After hearing from the parties, a future scheduling order shall set forth new deadlines, including regarding any pending motions or party or non-party discovery.

It is so ORDERED this _1st_ day of _October_, _2021_.

_____
United States District Judge