IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY ET AL., <br><br>                Plaintiffs, <br><br>v. <br><br>RESEARCHGATE GMBH, <br><br>                Defendant. | Case No. 8:18-cv-03019-GJH |

**STIPULATED REQUEST FOR LIMITED
EXTENSION OF DISCOVERY ABEYANCE**

Plaintiffs American Chemical Society, Elsevier Inc., Elsevier Ltd., and Elsevier B.V. (collectively, "Plaintiffs"), and Defendant ResearchGate GmbH ("Defendant"), by and through their respective undersigned counsel, hereby jointly request the Court extend the previously ordered discovery abeyance.

On September 17, 2020, the Court entered (ECF No. 70) the parties' Proposed Order (ECF No. 69-1) holding all "[a]ll party and non-party discovery and pending discovery motions . . . in abeyance for a period of eight weeks from the date of this Order." and requiring that, "[o]n November 9, 2020, the Parties shall provide the Court with a status update."  At the parties' request, the Court has subsequently extended that abeyance several times.  ECF Nos. 72, 74, 76, 79, 81, 83, 87.  On October 3, 2021, the Court entered an order (ECF No. 91) granting the parties' request (ECF No. 89) to extend the abeyance until November 1, 2021.

The abeyance ordered by the Court expired on November 1, 2021.  Regarding the conditions described in the parties' Joint Proposed Discovery Schedule Stipulation (ECF No. 69) as necessitating an abeyance, the parties have recently become aware that the Consulate General

of the United States in Frankfurt am Main may be in the process of reopening for depositions. The parties are investigating the feasibility of depositions and the time frames associated with any scheduling of depositions at the U.S. Consulate and will confer regarding on this issue. In the meantime, the parties jointly request that the Court grant the attached proposed order extending the abeyance until December 2, 2021. At that time, the parties shall provide the Court with a status update.

Dated: November 3, 2021

Respectfully submitted by:

| | |
|---|---|
| __/s/ *Scott A. Zebrak*__ | __/s/ *Toyja E. Kelley*__ |
| Scott A. Zebrak (Bar Number 17741) | Toyja E. Kelley (Bar No. 26949) |
| Corey Miller | SAUL EWING ARNSTEIN & LEHR LLP |
| Lucy Grace D. Noyola | 500 E. Pratt Street, Suite 900 |
| OPPENHEIM + ZEBRAK, LLP | Baltimore, MD 21202-3133 |
| 4530 Wisconsin Avenue NW, Fifth Floor | 410-332-8600 |
| Washington, DC 20016 | 410-332-8862 (facsimile) |
| Tel: (202) 480-2999 | Toyja.kelley@saul.com |
| Fax: (866) 766-1678 | |
| scott@oandzlaw.com | Mark A. Lemley |
| corey@oandzlaw.com | Joseph C. Gratz |
| lucy@oandzlaw.com | Allyson R. Bennett |
| | Aaron J. Benmark |
| **Counsel for Plaintiffs** | DURIE TANGRI LLP |
| | 217 Leidesdorff Street |
| | San Francisco, CA 94111 |
| | 415-362-6666 |
| | 415-236-6300 (facsimile) |
| | mlemley@durietangri.com |
| | jgratz@durietangri.com |
| | abennett@durietangri.com |
| | abenmark@durietangri.com |
| | |
| | **Counsel for Defendant** |