IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY ET AL.,<br><br>       Plaintiffs,<br><br>v.<br><br>RESEARCHGATE GMBH,<br><br>       Defendant. | Case No. 8:18-cv-03019-GJH |

**STIPULATED REQUEST FOR LIMITED
EXTENSION OF DISCOVERY ABEYANCE**

  Plaintiffs American Chemical Society, Elsevier Inc., Elsevier Ltd., and Elsevier B.V. (collectively, "Plaintiffs"), and Defendant ResearchGate GmbH ("Defendant"), by and through their respective undersigned counsel, hereby jointly request the Court extend the previously ordered discovery abeyance.

  At the parties' request, the Court has entered, and extended multiple times, an order holding all "[a]ll party and non-party discovery and pending discovery motions . . . in abeyance" due to Covid-19 issues interfering with the ability for depositions to proceed in Germany, as is necessary for discovery to proceed in this matter.  ECF Nos. 70, 72, 74, 76, 79, 81, 83, 87, 91.

  The parties are working cooperatively with one another, including as to the feasibility of depositions and the time frames associated with any scheduling of depositions at the Consulate General of the United States in Frankfurt am Main.  In the meantime, the parties jointly request that the Court grant the attached proposed order extending the abeyance until February 28, 2022.  At that time, the parties shall provide the Court with a status update.

Dated: January 18, 2021

Respectfully submitted by:

| | |
|---|---|
| __/s/ *Scott A. Zebrak*_____ | __/s/ *Toyja E. Kelley*_____ |
| Scott A. Zebrak (Bar Number 17741) | Toyja E. Kelley (Bar No. 26949) |
| Corey Miller | SAUL EWING ARNSTEIN & LEHR LLP |
| Lucy Grace D. Noyola | 500 E. Pratt Street, Suite 900 |
| OPPENHEIM + ZEBRAK, LLP | Baltimore, MD 21202-3133 |
| 4530 Wisconsin Avenue NW, Fifth Floor | 410-332-8600 |
| Washington, DC 20016 | 410-332-8862 (facsimile) |
| Tel: (202) 480-2999 | Toyja.kelley@saul.com |
| Fax: (866) 766-1678 | |
| scott@oandzlaw.com | Mark A. Lemley |
| corey@oandzlaw.com | Joseph C. Gratz |
| lucy@oandzlaw.com | Allyson R. Bennett |
| | Aaron J. Benmark |
| ***Counsel for Plaintiffs*** | DURIE TANGRI LLP |
| | 217 Leidesdorff Street |
| | San Francisco, CA 94111 |
| | 415-362-6666 |
| | 415-236-6300 (facsimile) |
| | mlemley@durietangri.com |
| | jgratz@durietangri.com |
| | abennett@durietangri.com |
| | abenmark@durietangri.com |
| | |
| | ***Counsel for Defendant*** |