**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> RESEARCHGATE GMBH, <br><br> Defendant. | Case No. 8:18-cv-03019-GJH |

**[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Stipulated Request for Limited Extension of Discovery Abeyance, it is hereby ORDERED that all party and non-party discovery and pending discovery motions are temporarily held in abeyance until February 28, 2021, at which time the Parties shall provide the Court with a status update.  After hearing from the parties, a future scheduling order shall set forth new deadlines, including regarding any pending motions or party or non-party discovery.

It is so ORDERED this _____ day of _____, _____.

_____
United States District Judge