# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> RESEARCHGATE GMBH, <br><br> Defendant. | Case No. 8:18-cv-03019-GJH |

## STATUS REPORT

Plaintiffs American Chemical Society, Elsevier Inc., Elsevier Ltd., and Elsevier B.V. (collectively, "Plaintiffs"), and Defendant ResearchGate GmbH ("Defendant"), by and through their respective undersigned counsel, hereby file jointly the below-described status report.

1. At the parties' request, the Court has entered, and extended multiple times, an order holding all "[a]ll party and non-party discovery and pending discovery motions . . . in abeyance" due to Covid-19 issues interfering with the ability for depositions to proceed in Germany, as is necessary for discovery to proceed in this matter. ECF Nos. 70, 72, 74, 76, 79, 81, 83, 87, 91, 95, 97, 99.

2. In the interim, the parties have engaged in settlement discussions, which have been productive. Substantial progress has been made, including preparation of a lengthy draft settlement agreement. The issues in the draft settlement agreement are complex, however, and there are several important open items that remain. The parties expect that extending the abeyance for another 45 days will afford them enough time to determine if the settlement negotiations can be concluded successfully and thus jointly request that the Court grant the attached proposed order. At that time, the parties shall provide the Court with a status update, including, as necessary, a

proposed scheduling order to resume discovery. The parties believe that this course of action will promote the orderly progress of the case and minimize burdens on the Court.

Dated: September 2, 2022

Respectfully submitted by:

<table>
<tr><td>

  /s/ *Scott A. Zebrak*
Scott A. Zebrak (Bar Number 17741)
Corey Miller
Lucy Grace D. Noyola
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue NW, Fifth Floor
Washington, DC 20016
Tel: (202) 480-2999
Fax: (866) 766-1678
scott@oandzlaw.com
corey@oandzlaw.com
lucy@oandzlaw.com

***Counsel for Plaintiffs***

</td><td>

  /s/ *Toyja E. Kelley*
Toyja E. Kelley (Bar No. 26949)
SAUL EWING ARNSTEIN & LEHR LLP
500 E. Pratt Street, Suite 900
Baltimore, MD 21202-3133
410-332-8600
410-332-8862 (facsimile)
Toyja.kelley@saul.com

Mark A. Lemley
Joseph C. Gratz
Allyson R. Bennett
Aaron J. Benmark
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
415-362-6666
415-236-6300 (facsimile)
mlemley@durietangri.com
jgratz@durietangri.com
abennett@durietangri.com
abenmark@durietangri.com

***Counsel for Defendant***

</td></tr>
</table>