**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> RESEARCHGATE GMBH, <br><br> Defendant. | Case No. 8:18-cv-03019-GJH |

**STATUS REPORT AND JOINT STIPULATED REQUEST FOR LIMITED EXTENSION
OF DISCOVERY ABEYANCE**

Plaintiffs American Chemical Society, Elsevier Inc., Elsevier Ltd., and Elsevier B.V. (collectively, "Plaintiffs"), and Defendant ResearchGate GmbH ("Defendant"), by and through their respective undersigned counsel, hereby file jointly the below-described status report.

1.      At the parties' request, the Court has entered, and extended multiple times, an order holding all "[a]ll party and non-party discovery and pending discovery motions . . . in abeyance" due to Covid-19 issues interfering with the ability for depositions to proceed in Germany, as is necessary for discovery to proceed in this matter.  ECF Nos. 70, 72, 74, 76, 79, 81, 83, 87, 91, 95, 97, 99.

2.      On September 2, 2022, at the Court's request, the Parties filed a status report in which they stated that they had made substantial progress on settlement and requested that the Court extend the abeyance for 45 days.  ECF No. 101.

3.      In the last 45 days, the Parties have continued to make progress on settlement and have resolved most of the remaining issues.  The parties expect that extending the abeyance for

another 45 days will afford them enough time to successfully conclude a settlement agreement and thus jointly request that the Court grant the attached proposed order.

Dated: October 17, 2022

Respectfully submitted by:

  _/s/ Scott A. Zebrak_ _____
Scott A. Zebrak (Bar Number 17741)
Corey Miller
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue NW, Fifth Floor
Washington, DC 20016
Tel: (202) 480-2999
Fax: (866) 766-1678
scott@oandzlaw.com
corey@oandzlaw.com
lucy@oandzlaw.com

**_Counsel for Plaintiffs_**

  _/s/ Toyja E. Kelley_ _____
Toyja E. Kelley (Bar No. 26949)
SAUL EWING ARNSTEIN & LEHR LLP
500 E. Pratt Street, Suite 900
Baltimore, MD 21202-3133
410-332-8600
410-332-8862 (facsimile)
Toyja.kelley@saul.com

Mark A. Lemley
Joseph C. Gratz
Allyson R. Bennett
Aaron J. Benmark
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
415-362-6666
415-236-6300 (facsimile)
mlemley@durietangri.com
jgratz@durietangri.com
abennett@durietangri.com
abenmark@durietangri.com

**_Counsel for Defendant_**