IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

AMERICAN CHEMICAL SOCIETY ET AL.,

                Plaintiffs,

v.

RESEARCHGATE GMBH,

                Defendant.

Case No. 8:18-cv-03019-GJH

**[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Stipulated Request for Limited Extension of Discovery Abeyance, it is hereby ORDERED that all party and non-party discovery and pending discovery motions remain in abeyance until December 1, 2022, at which time the Parties shall provide the Court with a status update, including as to the progress as to any settlement. After hearing from the parties, a future scheduling order shall set forth new deadlines, including regarding any pending motions or party or non-party discovery.

It is so ORDERED this ____ day of October, 2022.

                                                                 _____
                                                                 United States District Judge