IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> RESEARCHGATE GMBH, <br><br> Defendant. | Case No. 8:18-cv-03019-GJH |

## STATUS REPORT AND JOINT STIPULATED REQUEST FOR LIMITED EXTENSION OF DISCOVERY ABEYANCE

Plaintiffs American Chemical Society, Elsevier Inc., Elsevier Ltd., and Elsevier B.V. (collectively, "Plaintiffs"), and Defendant ResearchGate GmbH ("Defendant"), by and through their respective undersigned counsel, hereby file jointly the below-described status report.

1. At the parties' request, the Court has entered, and extended multiple times, an order holding all "[a]ll party and non-party discovery and pending discovery motions . . . in abeyance" due to Covid-19 issues interfering with the ability for depositions to proceed in Germany, as is necessary for discovery to proceed in this matter.  ECF Nos. 70, 72, 74, 76, 79, 81, 83, 87, 91, 95, 97, 99.

2. On September 2, 2022, at the Court's request, the Parties filed a status report in which they stated that they had made substantial progress on settlement and requested that the Court extend the abeyance for 45 days.  ECF No. 101.  On October 17, 2022, the Parties filed a status report in which they stated that they had continued to make substantial progress on settlement and expected that extending the abeyance for another 45 days will afford them enough time to successfully conclude a settlement agreement.  ECF No. 102.

3.  In the last 45 days, the Parties have continued to make additional substantial progress on settlement but, despite the Parties' best efforts, have not yet concluded a settlement agreement. The parties expect that extending the abeyance for another 45 days will afford them enough time to successfully conclude a settlement agreement and thus jointly request that the Court grant the attached proposed order.

Dated: December 6, 2022

Respectfully submitted by:

| | |
|---|---|
| __/s/ *Scott A. Zebrak*_____ | __/s/ *Toyja E. Kelley*_____ |
| Scott A. Zebrak (Bar Number 17741) | Toyja E. Kelley (Bar No. 26949) |
| Corey Miller | SAUL EWING ARNSTEIN & LEHR LLP |
| OPPENHEIM + ZEBRAK, LLP | 500 E. Pratt Street, Suite 900 |
| 4530 Wisconsin Avenue NW, Fifth Floor | Baltimore, MD 21202-3133 |
| Washington, DC 20016 | 410-332-8600 |
| Tel: (202) 480-2999 | 410-332-8862 (facsimile) |
| Fax: (866) 766-1678 | Toyja.kelley@saul.com |
| scott@oandzlaw.com | |
| corey@oandzlaw.com | Mark A. Lemley |
| lucy@oandzlaw.com | Joseph C. Gratz |
| | Allyson R. Bennett |
| **Counsel for Plaintiffs** | Aaron J. Benmark |
| | DURIE TANGRI LLP |
| | 217 Leidesdorff Street |
| | San Francisco, CA 94111 |
| | 415-362-6666 |
| | 415-236-6300 (facsimile) |
| | mlemley@durietangri.com |
| | jgratz@durietangri.com |
| | abennett@durietangri.com |
| | abenmark@durietangri.com |
| | |
| | **Counsel for Defendant** |