IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> RESEARCHGATE GMBH, <br><br> Defendant. | Case No. 8:18-cv-03019-GJH |

## STATUS REPORT AND JOINT REQUEST FOR LIMITED EXTENSION OF DISCOVERY ABEYANCE

Plaintiffs American Chemical Society, Elsevier Inc., Elsevier Ltd., and Elsevier B.V. (collectively, "Plaintiffs"), and Defendant ResearchGate GmbH ("Defendant"), by and through their respective undersigned counsel, hereby jointly file this status report and request for a limited extension of the discovery abeyance.

1. On March 2, 2023, the parties requested the Court extend the discovery abeyance previously entered by Judge Hazel to permit the parties to continue their settlement discussions. Status Report and Joint Request For Limited Extension of Discovery Abeyance, ECF No. 110 (March 2, 2023). In response, the Court held a brief conference on March 3, 2023, at which the parties explained the status of their negotiations and the progress they have made. The Court subsequently extended the discovery abeyance until May 3, 2023. Paperless Order granting ECF No. 110 Joint Motion for Extension of Time, ECF No. 111 (March 3, 2023); Paperless Order granting ECF No. 113 Joint Motion for Extension of Time, ECF No. 114 (April 4, 2023).

2. During the last thirty days, the parties have continued to diligently pursue settlement and have made substantial progress. However, despite the parties' best efforts, the parties have not yet concluded a settlement agreement.

3. The parties expect that extending the discovery abeyance for another 30 days will greatly assist them in their efforts to successfully conclude a settlement agreement. Accordingly, the parties thus jointly request that the Court grant the attached proposed order.

Dated: May 5, 2023

Respectfully submitted by:

<table>
<tr><td>

__/s/ *Scott A. Zebrak*__
Scott A. Zebrak (Bar Number 17741)
Corey Miller
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue NW, Fifth Floor
Washington, DC 20016
Tel: (202) 480-2999
Fax: (866) 766-1678
scott@oandzlaw.com
corey@oandzlaw.com

**Counsel for Plaintiffs**

</td><td>

__/s/ *Toyja E. Kelley*__
Toyja E. Kelley (Bar No. 26949)
SAUL EWING ARNSTEIN & LEHR LLP
500 E. Pratt Street, Suite 900
Baltimore, MD 21202-3133
410-332-8600
410-332-8862 (facsimile)
Toyja.kelley@saul.com

Joseph C. Gratz (*pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
415-268-7000
Fax: 415-268-7522
Email: JGratz@mofo.com

Allyson R. Bennett (*pro hac vice*)
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Suite 6000
Los Angeles, CA 90017-3543
213-892-5200
Fax: 213-892-5454
Email: Abennett@mofo.com

**Counsel for Defendant**

</td></tr>
</table>